# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>Fred Fuller Oil & Propane Co., Inc.<br><br>                                  Debtor. | Chapter 11<br>Case No. 14-12188-BAH |

## CORPORATE DISCLOSURE STATEMENT

Sprague Operating Resources, LLC f/k/a Sprague Energy Corp., is a wholly owned subsidiary of Axel Johnson, Inc., a privately held company.

                                                                                Respectfully submitted,

                                                                                Sprague Operating Resources, LLC

                                                                                By its attorneys,
                                                                                Pierce Atwood LLP

Dated:  November 12, 2014                      By: /s/ Lawrence M. Edelman
                                                                           Lawrence M. Edelman, BNH #01568
                                                                           One New Hampshire Avenue
                                                                           Suite 350
                                                                           Portsmouth, NH 03801
                                                                           (603) 433-6300
                                                                           ledelman@pierceatwood.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2014, a copy of the foregoing Notice of Appearance and Request for Service of Papers was served on all parties appearing through the ECF system, including but not limited to the following:

- William S. Gannon    bgannon@gannonlawfirm.com, jarquette@gannonlawfirm.com; mjoyce@gannonlawfirm.com; bvenuti@gannonlawfirm.com
- Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov

/s/ Lawrence M. Edelman
Lawrence M. Edelman
BNH #01568

{W4579113.1}

2