# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>Fred Fuller Oil & Propane Co., Inc.<br><br>                                      Debtor. | Chapter 11<br>Case No. 14-12188-BAH |

## NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL

Now comes Sprague Operating Resources, LLC f/k/a Sprague Energy Corp., a secured creditor with an interest in cash collateral, and by and through its attorneys, Pierce Atwood LLP, gives notice (a) that is does not consent to the Debtor's use, sale or lease of cash collateral, *see* 11 U.S.C. §§ 363(a), 363(c)(2), and (b) that it expects to seek enforcement, as necessary, of the Debtor's obligation to observe the command of 11 U.S.C. §363(c)(4), that it "segregate and account for any cash collateral in the [the Debtor's] possession, custody or control."

Respectfully submitted,

Sprague Operating Resources, LLC

By its attorneys,
Pierce Atwood LLP

Dated: November 12, 2014

By: /s/ Lawrence M. Edelman
Lawrence M. Edelman, BNH #01568
One New Hampshire Avenue
Suite 350
Portsmouth, NH 03801
(603) 433-6300
ledelman@pierceatwood.com

{W4579027.1}

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November, 2014, a copy of the foregoing Notice of Appearance and Request for Service of Papers was served on all parties appearing through the ECF system, including but not limited to the following:

- William S. Gannon    bgannon@gannonlawfirm.com, jarquette@gannonlawfirm.com; mjoyce@gannonlawfirm.com; bvenuti@gannonlawfirm.com
- Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov

/s/ Lawrence M. Edelman
Lawrence M. Edelman
BNH #01568