## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:

FRED FULLER OIL & PROPANE CO., INC.,

      Debtor

CHAPTER 11

Case No. 14-12188

## DEBTOR'S EMERGENCY MOTION FOR ORDER
## AUTHORIZING USE OF CASH COLLATERAL
## AND PROVISION OF ADEQUATE PROTECTION

The debtor in possession, **Fred Fuller Oil & Propane Co., Inc.** (the "Debtor"),

respectfully moves this Court as follows:

## INTRODUCTION AND REQUESTED RELIEF

1.      Pursuant to Code Sections 105, 363 and 361, the Debtor asks this Court to

authorize the Debtor to use the proceeds of its inventory, accounts and other Cash Collateral to

pay the costs and expenses provided for in the Budget attached as Exhibit A for the period

beginning on November 10, 2014 and ending on November 22, 2014 without further hearing in

the absence of an objection by a Record Lienholder claiming a Lien on Cash Collateral, as

defined in Section 363 of the Bankruptcy Code (the "Budget," "Initial Use Period," "Use

Period").

2.      The following exhibits are attached hereto and incorporated herein by reference:

      a.      Exhibit A      Budget for the Use Period.

      b.      Exhibit B      Jeffrey T. Varsalone's Declaration.

      c.      Exhibit C      Beth E. Venuti's Declaration.

      **d.**     Exhibits D and E     New Hampshire Secretary of State UCC Search Results Reports (collectively, the "UCC Lien Report").

    **3.**     According to the UCC Lien Reports attached as Exhibits D and E, the following persons and entities hold or claim to hold liens of record in, to or on Debtor's Cash Collateral, as defined in Code Section 363:  (**a**) Sprague Operating Resources LLC f/k/a Sprague Energy Corp. ("Sprague") and (**b**) the New Hampshire Department of Revenue Administration (the "NHDRA" and the "Record Cash Collateral Lienholders").

    **4.**     Accompanying this Motion is a proposed Order (the "Order") granting the Debtor the relief requested herein (**a**) through the last day of the Initial Use Period and (**b**) from the first day of the Extended Use Period in the absence of a timely objection by a Record Lienholder or any other party in interest which is sustained by this Court following a hearing (the "proposed Order").  The proposed Order:

      **a.**     Limits to $1,009,000, with a cumulative variance of 10% on disbursements, the amount of Cash Collateral, which the Debtor may spend through the last day of the Use Period.

      **b.**     Grants each Record Lienholder a replacement lien on the Debtor's post-petition Cash Collateral subject to, and on the terms and conditions set forth in the proposed Order.

      **c.**     Expires as of the earliest date on which a preliminary or final hearing on Cash Collateral can be held under the notice and service requirements of Bankruptcy Rules 4001(b) and (d) and 7004(h) absent the entry of an order extending it.

**CONCURRENCE CERTIFICATE**

5.      No Committee has yet been appointed in this Case.

6.      The Debtor has discussed this Motion and the nature and extent of the use of cash collateral which will be limited to buying inventory and paying payroll with counsel to Sprague, the New Hampshire Attorney General and the United States Trustee.

7.      The Debtor served a copy of this Motion as required by F.R.B.P. 4001, F.R.B.P. 2002 and LBR 4001-2, as shown by the Service List attached hereto.

**JURISDICTION**

8.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

9.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

**PROCEDURAL HISTORY**

10.     On November 10, 2014, the Debtor commenced its reorganization case by filing with this Court a petition for relief under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Petition Date" or "Filing Date" and "Code").

11.     The Debtor is continuing in possession of its property and is operating and managing its business as debtor in possession pursuant to sections Code Sections 1107 and 1108 of the Code.

**BASIS FOR REQUESTED RELIEF**

11.     Attached to this Motion is the Budget prepared by Jeffrey T. Varsalone of CBIZ Corporate Recovery Services, whom the Debtor proposes to retain as the Debtor's Chief

Restructuring Officer (the "Varsalone" or the "CRO"), with information provided by and the assistance of employees of the Debtor.  The Budget and his Declaration are attached as Exs. A and B.

12.     The Budget projects the amount of projected receipts and disbursements as required by LBR 4001-2(d) and shows that:

      a.     Between cash on hand and revenue, the Debtor will suffer negative cash flow during the Use Period.

      b.     The Debtor expects to be able to pay its operating costs and expenses during the Interim Use and Use Period.

13.     "Cash Collateral" means and includes for the purposes of this Motion "cash, deposit accounts and other cash equivalents … in which the estate and an entity other than the estate have an interest, and includes the proceeds … of property" of the estate, including inventory.  Under Code Section 363(c)(2), a debtor may not use cash collateral without the consent of each "entity that has an interest in such cash collateral" or the "court … authorizes such use."

14.     Only Cash Collateral Record Lienholders that held or may hold valid and enforceable, perfected security interests in Cash Collateral within the meaning of Code Section 506 on the Petition Date are entitled to adequate protection.

15.     Sprague holds a lien of record on cash collateral.

16.     NH DRA holds a lien of record on cash collateral.

17.     The lien of record held Raymond C. Green Funding, LLC ("Green" and the "Green Lien") does not encumber cash collateral.

18.     On a reorganization value basis, the Debtor valued its Property at more than $15,000,000 on the Petition Date, including $206,000 in cash, $3,499,400 in accounts receivable, approximately, $500,000 in inventory, long-term leases of its business and distribution facilities and general intangibles including its customer list.

19.     As the First in Time Record Lienholder which asserts a claim in the amount of $4,700,000, Sprague has an equity cushion of at least $10,000,000.

20.     The Operating Expenses will be incurred in the ordinary course of the Debtor's on-going business during the Use Period.

21.     The Budget permits the Debtor to purchase inventory and pay payroll.  It does not include salary payable to insiders, except for Fred Fuller's sons-in-law which total approx. $2,500 per week (the "Operating Expenses").  If the Debtor cannot continue to purchase inventory and make its payroll, it will not be able to continue its business operations for the benefit of its customers, creditors and other parties in interest.

22.     The Budget projects and summarizes fairly and accurately the expected results of Debtor's business operations on a cash flow basis during the Use Period based on the information available to the Debtor at this time based on historic revenues and expenses.  It does not include receipts on accounts receivable more than 90 days old.

23.     Although the Debtor will suffer a negative cash flow during the Use Period, the Debtor expects to have sufficient cash on hand to cover the loss.  The Debtor has already reduced significantly the burden on its cash flow by suspending temporarily the salaries paid insiders, except as disclosed in this Motion.  In addition, the Debtor has increased its efforts to collect the more than $1,000,000 in over 90-day receivables

24.     Without the use of Cash Collateral, the reorganization of the Debtor will be impossible.

25.     The use of Cash Collateral is essential to an effective reorganization of the Debtor.

26.     The Debtor has the ability to reorganize its business and affairs for the benefit of its creditors and equity holders, but is also making an active search for a strategic or financial investor, partner or ally.  It is involved in negotiations with three (3) prospective purchasers. Preliminary analyses show that it is more probable than not that the Debtor will generate EBIDTA from operations.  At this time, Debtor expects to be able to propose a confirmable plan.

27.     The Debtor's business and assets have far more value in reorganization than in a liquidation.

28.     Without the ability to meet its payroll and purchase inventory, this reorganization will be stopped in its tracks.  Creditors will be irreparably and unnecessarily harmed.

29.     Pending a hearing on this Motion, this Court should grant the Debtor and its bankruptcy estate the relief requested in this Motion on an ex parte, emergency basis.

**WHEREFORE**, the Debtor respectfully requests this Court to issue and enter the proposed Order attached hereto and grant the Debtor such further relief as may prove to be equitable, fair and lawful.

Respectfully submitted,

DATED:  November 12, 2014            /s/ William S. Gannon
                                                    William S. Gannon, BNH 01222

                                                    Counsel to:

**FRED FULLER OIL & PROPANE CO., INC.**

WILLIAM S. GANNON, PLLC
889 Elm Street, 4th Floor
Manchester, NH 03101
PH: (603) 621-0833

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing pleading on each person named below by causing it to be filed electronically via the CM/ECF filing system or mailed by first-class United States Mail, postage pre-paid, or in such other manner as may be indicated:

All Persons on the attached Service Lists.

DATED: November 12, 2014          /s/ Beth E. Venuti
                                  Beth E. Venuti

## APPEARANCES SERVICE LIST
### In Re: Fred Fuller Oil & Propane Co., Inc., Chapter 11, Case No. 14-12188

Lawrence M. Edelman on behalf of Sprague Operating Resources, LLC – via ECF

Office of the U.S. Trustee – via ECF

Peter C.L. Roth on behalf of State of New Hampshire – via ECF

Internal Revenue Service
Special Procedures Function
P.O. Box 9502
Portsmouth, NH  03802

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

State of New Hampshire
Dept. of Employment Security
Attn: Arnold Rocklin-Weare
32 South Main Street
Concord, NH 03301

## LIST OF RECORD LIENHOLDERS
### In Re: Fred Fuller Oil & Propane Co., Inc., Chapter 11, Case No. 14-12188

Sprague Operating Resources, LLC
To Attorney via ECF

NH Dept of Revenue Administration
Collection Division
P.O. Box 454
Concord, NH  03302-0454

## 20 LARGEST CREDITOR SERVICE LIST
### In Re: Fred Fuller Oil & Propane Co., Inc., Chapter 11, Case No. 14-12188

**PretiFlaherty**
P.O. Box 1318
Concord, NH 03302-1318

**Blue Cow**
50 Salem Street
Lynnfield, MA 01940

**City of Laconia-Tax Collector**
P.O. Box 489
Laconia, NH 03247

**Dawn Coppola**
1345 Union Street
Manchester, NH 03104

**Dufresne & Lekas LLC**
12 Parmenter Road
Londonderry, NH 03053

**Energy Kinetics Inc**
103 Molasses Hill Road
Lebanon, NJ 08833

**Eprint Inc**
10 A Rebel Road
Hudson, NH 03051-0326

**Fred Fuller**
1345 Union Street
Manchester, NH 03104

**Harvard Pilgrim Health Care Inc**
P.O. Box 970050
Boston, MA 02297-0050

**J A MARINO AUTOMATIC HEATING
SUPPLY**
80 MAPLE STREET
Manchester, NH 03103

**NATIONAL INTERSTATE INSURANCE**
P.O. BOX 547
Richfield, OH 44286-0547

**Sanel Auto Parts Co**
P.O. Box 504
Concord, NH 03302-0504

**Sprague Energy**
Box 847887
Boston, MA 02284-7887

**Sullivan Tire Companies**
P.O. Box 370
Rockland, MA 02370-0370

**Tarantin Tank & Equipment Co**
86 Venderveer Road
Freehold, NJ 07728

**The Granite Group**
P.O. Box 2004
Concord, NH 03302-2004

**The Portland Group**
P.O. Box 583
Framingham, MA  01702-0583

**Town of Hudson-Tax Collector**
12 School Street
Hudson, NH 03051

**Town of Milford-Taxes**
Real Estate Tax
P.O. Box 981036
Boston, MA 02298

**Town of Northfield-Taxes**
21 Summer Street
Northfield, NH 03276

BUDGET



Fred Fuller Oil & Propane - Draft Cash Flow Forecast

|  | Post-Petition | | |
| --- | --- | --- | --- |
|  | P W/E 11/15 | P W/E 11/22 | Total |
| **Receipts** | | | |
| Checks/Cash | 245 | 395 | 640 |
| Credit Cards | 90 | 170 | 260 |
| Total Receipts | 335 | 565 | 900 |
| | | | |
| **Disbursements** | | | |
| Fuel Purchases | (300) | (500) | (800) |
| Post-Petition A/P | - | - | - |
| Payroll[1] | (70) | (94) | (164) |
| Payroll Taxes | - | (35) | (35) |
| Pass Through Fidelity 401(k) | - | (9) | (9) |
| Misc. | - | (1) | (1) |
| Total Disbursements | (370) | (639) | (1,009) |
| | | | |
| Beginning Cash | 206 | 171 | |
| Cash Flow | (35) | (74) | (109) |
| Ending Cash | 171 | 97 | |
| | | | |
| **Current Asset Roll Forward** | | | |
| Cash | 171 | 97 | |
| Inventory | 590 | 550 | |
| Accounts Receivable[2] | 3,499 | 3,324 | |
| Total | 4,260 | 3,971 | |
| Increase/(Decrease) | - | (289) | |

Notes:

1. Payroll excludes insiders Fred Fuller (President), Dawn Coppola (Office Manager), Rebecca Fuller (Office Clerk), Alison Carter (Office Clerk) and Laurie Reed (Office Clerk) and includes insiders Leonard Carter (Service Manager) and Fred Reed (Operations Manager). Total insider payroll is approximately $2,500 per week.

2. Change in accounts receivable includes estimated 5% reduction in sales due to impact of chapter 11 filing. Impact is expected to reverse in future periods.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

EXHIBIT
*B*

In re:                                                CHAPTER 11

**FRED FULLER OIL & PROPANE CO., INC.,**              Case No. 14-12188

     Debtor

## JEFFREY T. VARSALONE'S DECLARATION IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL AND PROVISION OF ADEQUATE PROTECTION

**Pursuant to 28 U.S.C. § 1746**, I, **Jeffrey T. Varsalone**, do hereby declare and state, under penalties of perjury that:

1.     I am a Managing Director in the Corporate Recovery Services Group of CBIZ, Inc., d/b/a CBIZ MHM, LLC, a national accounting and consulting firm, having an address at 500 Boylston Street, Boston, MA, among others. I am the proposed Chief Restructuring Officer of the Debtor and have worked diligently on an expedited timeframe to familiarize myself with the Debtor and its business. For more than 15 years I have work for advisory firms advised debtors, creditors, official committees of unsecured creditors and other parties-in-interest in bankruptcy proceedings and out-of-court work outs throughout the country. I have and currently serve as a fiduciary to creditors as a post-confirmation and liquidating trustee. I have prepared expert reports on the solvency and valuation of distressed businesses and have testified in U.S Bankruptcy Courts in several matters on a variety of issues, including issues relating to the use of cash collateral and debtor-in-possession financing. Attached as Exhibit A is a copy of my summary biography.

2.      I have personal knowledge of the matters set forth in this Declaration based on the work done with the Debtor, except in those instances in which the matter set forth herein is asserted upon information and belief.  In each such instance, the matter so asserted is based upon information, which I believe to be true.

3.      I have signed this Declaration with the understanding that it will be submitted to the United States Bankruptcy Court for the District of New Hampshire in support of the Debtor's Emergency Motion For Order Authorizing Use Of Cash Collateral and Provision of Adequate Protection prepared by the William S. Gannon PLLC, the Debtor's proposed General Bankruptcy Counsel with information provided by and the active participation and assistance of employees of the Debtor, each of whom appeared to be knowledgeable and competent with respect to the subject matter of our discussions (the "Motion").

4.      I have read the Motion and the Exhibits attached to the Motion.  To the best of my knowledge and belief, all of the statements made in the Motion are accurate and complete in all material respects.

5.      The Office of the United States Trustee has not yet appointed an Official Committee of Unsecured Creditors.

6.      I have reviewed carefully the Motion and the Exhibits attached to, accompanying or filed in support of the Motion.

7.      This Declaration is based on, and incorporates the Motion, the Exhibits thereto, the Declaration of Beth E. Venuti, Paralegal and my own reasonable inquiries and investigations conducted in an expedited time frame.  Except as otherwise defined herein, all words, terms and phrases defined in the Motion shall have be given the same meaning when used herein.

**8.**     As required by Local Bankruptcy Rule 4001-2:

**a.**     Based on information provided by the Debtor, the names and addresses of the persons holding or claiming to hold the 20 largest, unsecured claims against the Debtor, as shown by the Debtor's business records, are set forth in the Certificate of Service attached to the Motion.

**b.**     The names and addresses of the persons holding or claiming to hold Record Lien against the Debtor's Cash Collateral, as provided by the Debtor and shown by the Debtor's business records and the New Hampshire Secretary of State, are set forth in the Motion.

**c.**     Based upon my discussions with proposed General Bankruptcy Counsel to the Debtor, I understand that he has discussed the use of cash collateral on an interim basis with counsel to Sprague Operating Resources LLC f/k/a Sprague Energy Corp., the New Hampshire Attorney General and the United States Trustee.

**d.**     I am generally familiar with the Debtor's business operations as shown on its business and financial records, including revenue and cost and expense.

**e.**     With information provided by the Debtor and the assistance of Debtor's employees, I prepared the Budget attached to the Motion, which shows the receipts and disbursements to be paid during the Use Period.

**f.**     Based on my experience, general knowledge of the business operations of the Debtor, circumstances, conditions and facts, I believe that (1) the Budget is fair, reasonable and includes no more money than reasonably necessary to continue operations over the Initial Use Period and (**2**) absent material variances, the Debtor will be able to meet and satisfy the Debtor's adequate protection obligations under the order approving the Motion.

9.     To the best of my knowledge and belief, the statements made by me herein are complete and true in all material respects.

Respectfully submitted,

Dated:  November 12, 2014                    /s/Jeffrey T. Varsalone
                                             Jeffrey T. Varsalone
                                             Managing Director
                                             CBIZ Corporate Recovery Services
                                             Proposed Chief Restructuring Officer

         

# Jeffrey T. Varsalone, J.D.

*Managing Director, CBIZ MHM, LLC*

Jeffrey T. Varsalone, a Managing Director in the Corporate Recovery Group, is based in Boston, MA. Mr. Varsalone specializes in special situations transactional services, including distressed company services, creditor advisory services and investor advisory services.   He has over 15 years of experience in distressed transactions, including restructuring, turnaround, workouts and representing the various parties-in-interest in chapter 11 bankruptcies.

**Expertise**
- Recapitalizations
- Going concern or partial sales
- Financing solutions
- Profit improvement

- Managing liquidity crises
- Negotiation of recovery solutions
- Inter-creditor negotiations
- Distressed buy-side advisory

**Experience**
- Mr. Varsalone's experience covers a wide range of industries including retail, construction, consumer products, media, manufacturing, real estate, restaurant, technology and transportation.

- Mr. Varsalone is experienced in providing liquidity solutions, assessing business plan viability, structuring plans of reorganization and conducting §363 asset sale processes.

- Mr. Varsalone has prepared expert reports on the solvency and valuation of distressed businesses and has testified in U.S. Bankruptcy Courts on variety of issues.

**Testimony/Depositions**
- *In re Leticia, Inc.* – cash collateral and viability
- *In re One2One Communications* – plan feasibility
- *In re Avado Brands* – sale and settlement

- *In re Electronics Expo* – going concern sale
- *In re Lang Holdings* – going concern sale
- *In re Harvey Electronics* – DIP financing

**Representative Cases**
- Borders
- Reader's Digest
- Mervyn's Holdings
- AviStar/Fasttrack Airport Parking
- KB Toys
- 4Kids Entertainment

- WordWorld
- Jackson Hewitt
- Electronics Expo
- SP Newsprint
- Chopper Logistics

**Background**
*Education*
J.D. - St. John's University School of Law
B.A. - Boston College

*Professional Licenses and Memberships*
- American Bankruptcy Institute
- Turnaround Management Association
- Commercial Finance Association
- Association of Insolvency and Restructuring Advisors



EXHIBIT
C

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                        CHAPTER 11

**FRED FULLER OIL & PROPANE CO., INC.,**      Case No. 14-12188

     Debtor

## BETH E. VENUTI'S DECLARATION IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL AND PROVISION OF ADEQUATE PROTECTION REGARDING UCC-LIEN SEARCH AND PROVENANCE OF DOCUMENTS ATTACHED AS EXHIBITS

**Pursuant to 28 U.S.C. § 1746**, I, **Beth E. Venuti** (the "Declarant"), do hereby declare under penalty of perjury that:

    **1.**    I am over 18 years of age and have signed this Declaration with the understanding that it will be submitted to the United States Bankruptcy Court for the District of New Hampshire in support of Debtor's Emergency Motion For Order Authorizing Use Of Cash Collateral And Provision Of Adequate Protection (the "<u>Motion</u>").

    **2.**    I have personal knowledge of the matters set forth in my Declaration and all of the statements made herein are true and correct to the best of my knowledge and belief.

    **3.**    I am employed by William S. Gannon PLLC as a paralegal.  My prior legal experience is outlined in my resume attached as Exhibit C-1.  In the course of my employment, I have become familiar with the process of searching the indices of records pertaining to financing statements, security interests and other voluntary and involuntary liens of record (collectively, "<u>Lien Records</u>" and "<u>Record Liens</u>") filed with the offices of Secretaries of State, including the Department of State of the State of New Hampshire (the "<u>Department of State</u>").

4.      On November 12, 2014, I searched electronically the indices of the New Hampshire Department of State for the purpose of identifying Liens filed against the Debtor in this case.

5.      The Liens Filing Search Results Reports that I obtained from the New Hampshire Department of State are attached to the Motion as Exhibit D and E (the "UCC Reports"). According to the UCC Reports, eight (8) chains of unlapsed Financing Statements in the UCC Information Management System name the Debtor as the debtor.  The chain filed by Corporation Service Company, as Representative which appears on Exhibit D and in duplicate on Exhibit E was terminated by the Creditor.

6.      The UCC Reports included a hyperlink to the UCC-1 Filing History, which contained a hyperlink to the UCC Financing Statements and other liens of record (collectively, "Record Liens" and "Record Lien Notices"), which name the Debtor, as debtor and the following persons and entities as a secured party or a lienholder (collectively, the "Record Lienholders"):

        a.      Sprague Operating Resources, LLC;

        b.      NH Department of Revenue Administration; and,

        c.      Raymond C. Green Funding, LLC.

7.      Exhibits C-2 through C-7 summarize the Collateral claimed by each Record Lienholder.

8.      The proposed Debtor's Counsel has explained the meaning of "cash collateral" to me ("Cash Collateral").

9.      Only the following Record Lienholders seem to claim an interest in Cash

Collateral (the "Cash Collateral Record Liens"):

      **a.**    Sprague Operating Resources, LLC (two liens filed 12/22/2011 and 12/10/2012);

      **b.**    NH Department of Revenue Administration (one lien filed 2/13/2012).

**10.**    All of the Exhibits attached hereto, are a complete, genuine and true copies of the documents on file with the Department of State according to the UCC Report and the Lien Search Results, as described herein.

**11.**    Further, the Declarant sayeth not.

Respectfully submitted,

DATED:  November 12, 2014

/s/ Beth E. Venuti
Beth E. Venuti, Declarant

**Beth Elena Venuti**



## Professional Experience:

August 1992 — May 1997          Kushner & Sanders (Wellesley, MA)

> I was hired as a clerk in the foreclosure department. I was promoted to paralegal in the foreclosure department.  During this time, I administered the foreclosure process from initial intake through foreclosure deed. I also assisted the Bankruptcy and Corporate departments. I drafted various bankruptcy pleadings and maintained corporate books. Eventually, I was moved to the litigation department where I worked on Personal Injury and Civil Litigation cases. I drafted many documents and pleadings. I created various checklists and tracking forms to better organize and streamline the firm's foreclosure, bankruptcy and personal injury procedures.

May 1997 – August 2000          Schreiber & Associates, P.C. (Danvers, MA)

> I assisted a Chapter 7 Trustee in administering bankruptcy estates, drafting pleadings, preparing periodic reports in accordance with federal and local rules/guidelines, investigating and liquidating assets, maintaining estate bankruptcy estate accounts, ordering supplies, scheduling meetings and depositions; liaison between attorneys, Debtors, creditors, U.S. Trustee personnel, Court personnel and interested parties. I assisted a Chapter 11 Trustee in the operations associated with a golf course, maintaining bankruptcy estate bank accounts, processing payroll, processing accounts payable and receivable.

August 2000 — April 2004          The McCabe Group, P.C. (Boston, MA)

> I was the senior paralegal providing administrative support to attorneys in all areas of their litigation practice. I prepared pleadings, provided analysis of documentation and data, created and maintained timelines to assist in complex litigation cases. I maintained and organized case documentation.

June 2004 —November 2009          Sheehan Phinney Bass + Green, PA (Manchester, NH)

> This firm created a new paralegal position for me in their bankruptcy department. I was initially responsible for providing administrative support for two attorneys in all areas of their bankruptcy practice, preparing forms and various pleadings, and providing detailed analysis of documentation and data. Within approximately six months of my hiring date, the senior partner told me that he would like to apply for a Chapter 7 Trusteeship. He asked me if I would administer his Chapter Trustee practice, if he was appointed, as I had extensive experience doing so at a prior employer. He applied and was subsequently appointed. assisted the Chapter 7 Trustee in administering bankruptcy estates, drafting pleadings, preparing periodic reports in accordance with federal and local rules/guidelines, investigating end liquidating assets, maintaining bankruptcy estate accounts, ordering supplies, scheduling meetings and depositions and acting as primary contact person for attorneys, Debtors, creditors, U.S. Trustee personnel, Court personnel and interested parties.

## Education:

> Northeastern University - Paralegal Certificate Program completed 1993.

## Additional Information:

> Notary Public and Justice of the Peace for the State of New Hampshire.

<table>
<tr><td>**EXHIBIT**<br>tabbies C-2</td><td>File Number: 20100003933B<br>Date Filed: 02/22/2010 04:30 PM<br>William M. Gardner<br>Secretary of State</td></tr>
</table>

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
603-622-0433

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Windward Petroleum, Inc.
1064 Goffs Falls Road
Manchester   NH 03103

State of New Hampshire
UCC1 Initial Filing 1 Page(s)

T1005354057

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Fred Fuller Oil Company, Inc. | | | | |

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 55 Bay Street | Laconia | NH | 03246 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Corp | NH | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Windward Petroleum, Inc. | | | | |

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1064 Goffs Falls Road | Manchester | NH | 03103 | USA |

4. This FINANCING STATEMENT covers the following collateral:

```
2  Graco 203-876 Fireball Oil Pumps 5:1
2  Graco 222-308 Bung Adapters 2"
2  Balcrank 3260-048 Mini-Filter/Regulator/Lubricators
3  Graco 241-791 Mounting Brackets
2  Graco 237-022 Oil Reels 50 Ft.
1  Graco 256-215 Digital Oil Control 16 Quart
1  Graco 207-738 Mechanical Preset Oil Control 60 Quart
1  Graco 225-014 Grease Pump Package 120lb.
1  Graco 237-034 Grease Reel 50 Ft.
1  Graco 242-056 Grease Control Valve
1  Graco 202-577 Grease Swivel
   Miscellaneous Fittings, Hoses, Suction Tube
```

FILED WITH:   SECRETARY OF STATE

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

REORDER FROM
Register6, Inc.
514 PIERCE ST.
P.O. BOX 218
ANOKA, MN. 55303
(763) 421-1713

**EXHIBIT**

*Exhibit* C-3

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Pierce Atwood LLP

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Pierce Atwood LLP
1 New Hampshire Ave Ste 350
Portsmouth, NH 03801

**File Number: 111222298524**
**Date Filed: 12/22/2011 3:51:37 PM**
**William M. Gardner**
**Secretary of State**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Page 1 of 2

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (1a or 1b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 1a. ORGANIZATION'S NAME  Fred Fuller Oil & Propane Co., Inc. | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS  12 Tracy Lane | CITY  Hudson | STATE  NH | POSTAL CODE  03051 | COUNTRY  USA |
|---|---|---|---|---|

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION  Corporation | 1f. JURISDICTION OF ORGANIZATION  New Hampshire | 1g. ORGANIZATIONAL ID#, if any  140571 | ☐ None |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (2a or 2b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | ☐ None |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (3a or 3b)

| | | | |
|---|---|---|---|
| 3a. ORGANIZATION'S NAME  Sprague Operating Resources, LLC | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS  2 International Drive, Ste. 200 | CITY  Portsmouth | STATE  NH | POSTAL CODE  03801 | COUNTRY  USA |
|---|---|---|---|---|

4. This FINANCING STATEMENT covers the following collateral:

The following properties, assets and rights of Fred Fuller Oil & Propane Co., Inc., wherever located, whether now owned or hereafter acquired or arising, and all proceeds and products thereof:

All personal and fixture property of every kind and nature including without limitation all goods (including inventory, equipment and any accessions thereto), instruments (including promissory notes), documents, accounts (including without limitation health-care-insurance receivables and other receivables), chattel paper (whether tangible or electronic), deposit accounts, letter-of-credit rights (whether or not the letter of credit is evidenced by a writing), commercial tort claims, securities and all other investment property, supporting obligations, any

| 5. ALTERNATE NAME DESIGNATION | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC |
|---|---|---|---|---|---|---|

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

8. OPTIONAL FILER REFERENCE DATA

other contract rights or rights to the payment of money, insurance claims and proceeds, and all general intangibles (including all payment intangibles).

**EXHIBIT**

**C-4**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Pierce Atwood

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Pierce Atwood
1 New Hampshire Avenue, Suite 350
Portsmouth, NH 03801

File Number: 121210563510
Date Filed: 12/10/2012 2:17:16 PM
William M. Gardner
Secretary of State

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Page  1  of  2

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Fred Fuller Oil & Propane Co., Inc. | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 12 Tracy Lane | Hudson | NH | 03051 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | New Hampshire | 140571 ☐ None |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ None |

3. SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Sprague Operating Resources, LLC | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2 International Drive, Ste. 200 | Portsmouth | NH | 03801 | USA |

4. This FINANCING STATEMENT covers the following collateral:

The following properties, assets and rights of Fred Fuller Oil & Propane Co., Inc., wherever located, whether now owned or hereafter acquired or arising, and all proceeds and products thereof:

All personal and fixture property of every kind and nature including without limitation all goods (including inventory, equipment and any accessions thereto), instruments (including promissory notes), documents, accounts (including without limitation health-care-insurance receivables and other receivables), chattel paper (whether tangible or electronic), deposit accounts, letter-of-credit rights (whether or not the letter of credit is evidenced by a writing), commercial tort claims, securities and all other investment property, supporting obligations, any

| 5. ALTERNATE NAME DESIGNATION | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC |
|---|---|---|---|---|---|---|

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

8. OPTIONAL FILER REFERENCE DATA
19448/9564

other contract rights or rights to the payment of money, insurance claims and proceeds, and all general intangibles (including all payment intangibles).  Notwithstanding any terms to the contrary, collateral will not include any vehicles.

## Form 9
### Notice of Other Lien Filing

| | |
|---|---|
| Name and telephone number of contact (optional): | For Secretary of State |
| Philip E. Lawrence, Director    (603) 230-5908 | |

**File Number: 120215336823**
**Date Filed: 2/13/2012 4:30:00 PM**
**William M. Gardner**
**Secretary of State**

Return copy to: (name and mailing address)

NH DEPT OF REVENUE ADMINISTRATION
COLLECTION DIVISION
PO BOX 454
CONCORD  NH  03302-0454

REF#: CD 2012-3678       CO # 10

EXHIBIT
C - 5

INORD46012021400430136
No. of Pages 2 Pages

Department of Revenue Administration - Initial

Check one only:

[X] Notice of filing of lien.

[ ] Notice of full release or discharge of lien.

[ ] Notice of change of lien.

**1. Debtor Name:  Insert only one debtor in 1a or 1b.**

FRED FULLER OIL CO INC

1a. Entity's Name

12 TRACY LN
1c. Mailing Address

HUDSON NH USA  03051

1b. Individual's Last Name   First   M.I.   Suffix     City   State   Country   Postal Code

**2. Additional Debtor Name: Insert only one debtor in 2a or 2b.**

2a. Entity's Name

2c. Mailing Address

2b. Individual's Last Name   First   M.I.   Suffix     City   State   Country   Postal Code

**3. Lienor's Name:**

NH DEPARTMENT OF REVENUE ADMINISTRATION

3a. Entity's Name

PO BOX 454

3c. Mailing Address

CONCORD    NH    USA    03301

3b. Individual's Last Name   First   M.I.   Suffix     City   State   Country   Postal Code

**4. Type of lien/statutory authority (check one only):**

[ ] Federal Tax lien    [X] State Tax lien.    [ ] Aircraft Registration lien.    [ ] Employment Security lien.

[ ] Child Support lien    [ ] Hazardous Waste lien.    [ ] Housing Finance Authority lien.

[ ] Road Toll lien    [ ] Writ of Attachment    [ ] State Food Security Act lien

**5. Complete if filing is a release, discharge or change.**

Filing Location of initial lien:

Filing of initial lien:

File Number assigned to initial lien:

Other Lien Form 9, pg 1



# STATE OF NEW HAMPSHIRE
## DEPARTMENT OF REVENUE ADMINISTRATION
### State of New Hampshire Tax Lien

#### TO: NH SECRETARY OF STATE

FRED FULLER OIL CO INC
12 TRACY LN
HUDSON NH  03051

**CORPORATE**

December 28, 2011
FEIN 02-0433137
CD # 2012-3678
CO #    10

#### NOTICE AND DEMAND FOR PAYMENT

PURSUANT TO THE PROVISIONS OF RSA 21-J:28-C, THE FILING OF THIS NOTICE IN ACCORDANCE WITH RSA 454-B:2 CONSTITUTES A LIEN IN FAVOR OF THE STATE OF NEW HAMPSHIRE ON ALL REAL ESTATE, PERSONAL ESTATE, PROPERTY INTEREST, RIGHTS AND CREDITS BELONGING TO THE ABOVE NAMED TO THE EXTENT NECESSARY TO SATISFY THE PAYMENT OF THE SUM DUE TOGETHER WITH ALL INTEREST, COSTS, AND ATTORNEY FEES WHICH ARE NOW DUE, OR MAY HEREAFTER ACCRUE. ANY LIEN FILED SHALL CONTINUE, AND SHALL BE VALID AND BINDING UNTIL LIABILITY FOR THE SUM, WITH INTEREST, COSTS AND ATTORNEY'S FEES WHICH ARE NOW DUE OR MAY HEREAFTER ACCRUE, OR SIX YEARS FROM THE DATE SUCH LIEN IS FILED, WHICHEVER IS EARLIER.

| Assessment Date | Tax Type | Tax Period Ending | Tax Due | Penalties, Fees & Interests | Payments | Balance Due |
|---|---|---|---|---|---|---|
| 08/23/11 | BS | 12/31/04 | $112,125.88 | $77,881.97 | $22,851.96 | $167,155.89 |
| 07/26/11 | BS | 12/31/05 | $45,007.00 | $2,761.53 | $45,069.00 | $2,699.53 |

| WE HAVE MADE DEMAND FOR PAYMENT OF THIS LIABILITY, BUT IT REMAINS UNPAID. I HEREBY CERTIFY THE ABOVE TO BE A TRUE AND CORRECT AS ASSESSED AND SUBJECT TO ACCRUING INTEREST. | RECORDING FEES | $39.90 |
|---|---|---|
| | TOTAL | $169,895.32 |

Philip E. Lawrence, Director
COLLECTION DIVISION
(603) 230-5908

109 Pleasant Street, PO Box 454
Concord, NH 03302-0454

PEL/baw

**EXHIBIT**

*tabbies* C - 6

**File Number: 121217558235**
**Date Filed: 12/14/2012 4:30:00 PM**
**William M. Gardner**
**Secretary of State**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Brouillard & Brouillard, PLLC
16 Academy Street
Laconia, NH 03246

INORD56312121700150039
No. of Pages 3 Pages

UCC1

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME Fred Fuller Oil & Propane Co., Inc. | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME Fuller | FIRST NAME Frederick | MIDDLE NAME J. | | SUFFIX |
| 1c. MAILING ADDRESS 12 Tracy Lane | CITY Hudson | STATE NH | POSTAL CODE 03051 | COUNTRY USA |
| 1d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any ☐ NONE |

| 2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |

| 3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b) | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME Raymond C. Green Funding, LLC | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME Green | FIRST NAME Raymond | MIDDLE NAME C. | | SUFFIX |
| 3c. MAILING ADDRESS 111 Huntington Avenue, Suite 600 | CITY Boston | STATE MA | POSTAL CODE 02199 | COUNTRY USA |

4. This FINANCING STATEMENT covers the following collateral:

Fuel oil bulk distribution facility including tanks, pumps and fuel oil loading apparatus located on premises at 13 Tracy Lane, Hudson, New Hampshire and 64 Primrose Drive, Laconia, New Hampshire.

See Schedule A attached hereto.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [if applicable] [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| OR | **9a. ORGANIZATION'S NAME**<br>Fred Fuller Oil & Propane Co., Inc. |

| **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX** |
|---|---|---|
| Fuller | Frederick | J. |

**10. MISCELLANEOUS:**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

| | |
|---|---|
| OR | **11a. ORGANIZATION'S NAME** |

| **11b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

| **11d. TAX ID #:  SSN OR EIN** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **11e. TYPE OF ORGANIZATION** | **11f. JURISDICTION OF ORGANIZATION** | **11g. ORGANIZATIONAL ID #, if any** | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S  or  ☐ ASSIGNOR S/P'S  NAME** - insert only one name (12a or 12b)

| | |
|---|---|
| OR | **12a. ORGANIZATION'S NAME** |

| **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **12c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust  or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

## SCHEDULE A

All contracts, fixtures, equipment, appliances, building materials, and other articles of personal property now or at any time hereafter placed on, attached to, incorporated in and/or installed in or used in any way in connection with the construction, use, operation and/or occupation of certain real estate at Hillsborough County, New Hampshire and/or any and all buildings or improvements now or hereafter erected thereon, whether now owned or hereafter acquired, including all additions, accessions, replacements or substitutions thereto or therefor, and all products and proceeds thereof (other than movable personal property owned by tenants of said real estate now or hereafter on said real estate) and all tax abatements with respect thereto.

ID # 26767vOl/6385-111

1/24/00

## UCC FINANCING STATEMENT **AMENDMENT**
FOLLOW INSTRUCTIONS

**File Number: 140124854252**
**Date Filed: 1/23/2014 4:30:00 PM**
**William M. Gardner**
**Secretary of State**

A. NAME & PHONE OF CONTACT AT FILER (optional)
Simon C. Leeming    (603) 410-1500

B. E-MAIL CONTACT AT FILER (optional)
sleeming@preti.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Preti Flaherty Beliveau & Pachios, PLLP
PO Box 1318
Concord, NH 03302-1318

INORD49314012300280098
No. of Pages 8 Pages

UCC3

1a. INITIAL FINANCING STATEMENT FILE NUMBER
121217558235

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7c, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes: **AND** Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME
Fred Fuller Oil & Propane Co., Inc.

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME

OR

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                     SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☑ **COLLATERAL CHANGE:**  Also check one of these four boxes: ☐ ADD collateral  ☑ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:

See Exhibit A attached, with no other collateral being released.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
Raymond C. Green Funding, LLC

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Green | Raymond | C. | |

10. OPTIONAL FILER REFERENCE DATA:

UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## Exhibit A

All vehicles and rolling stock including without limitation as listed on Schedule A and Schedule B attached.

## SCHEDULE A
### List of Vehicles and Rolling Stock

| Fred Fuller Oil Co., Inc. | | VEHICLE LISTING | | | | 1/8/2014 | |
|---|---|---|---|---|---|---|---|
| Vehicle # | Year | Make | Model | VIN Number | Plate # | GVW | Color |
| | 2007 | UTILITY | LAWN | NHTRO149744 | T207758 | 1,000 | BLACK |
| | 1993 | Tug | Carhaul | TTBEU1669PMTRL023 | T162684 | 8,000 | Black |
| | 2001 | BLAW | MISC | 5B1A8I5201C090994 | CE14198 | 9,200 | Yellow |
| | 2001 | HYDR | MISC | 1H9CST25011120919 | CE14161 | 2,800 | Black |
| | 2012 | proyer | UTILITY | 5LEDZ2272C1122091 | T358253 | 7,000 | BLACK |
| | 1989 | H&H | Utility tank | 1H910169XF1018931 | T368579 | 1,800 | BLUE |
| | 2011 | COTC | UTILITY | 4YMUL051XBGO75367 | T337873 | 2,000 | BLACK |

| Fred Fuller Oil Co., Inc. | | | VEHICLE LISTING | | | | 1/8/2014 | |
|---|---|---|---|---|---|---|---|---|
| Vehicle # | Year | Make | Model | VIN Number | | Plate # | GVW | Color |
| Transport Division | | | | US DOT 381743 | | | | |
| T-1 | 2007 | HEIL | TANK11 | 5HTAB433677K72237 | | T190538 | | White |
| T-2 | 1989 | Fruehauf | Tank 10k | 1H4YO4239KL029301 | | TK2516 | | White |
| T-3 | 1989 | Fruehauf | Tank 10k | 1H4T04231LL003101 | | T170832 | | White |
| T-4 | 2002 | Polar | Tank 12k | 1PMA2453325903129 | | TN4043 | | Aluminum |
| T-5 | 2002 | Polar | Tank 12k | 1PMA2453325903130 | | T R4042 | | Aluminum |
| T-6 | 2009 | Eager | Lowbed | 112L3X3179L072580 | | T268914 | | Black |
| T-7 | 2001 | Heil | Tank 12K | 5HTAB46381 7L65411 | | T287617 | | Aluminum |
| T-8 | 2011 | MFC | Propane tank | 1N9PTOX37BH335045 | | T346086 | | White |
| 2 | 2013 | Freight | Tractor | 1FUJGLDR7DLFA4434 | | ████████ | 80,000 | Bl/Wh |
| 3 | 2007 | Mack | Tractor | 1M1AJ07Y97N009337 | | ████AR█ | 80,000 | Bl/Wh |
| 4 | 2007 | Mack | Tractor | 1M1AJ07Y77N009336 | | ████AR█ | 80,000 | Bl/Wh |
| 5 | 2007 | Mack | Tractor | 1M1AJ07Y57N009335 | | ███AP█ | 80,000 | Bl/Wh |
| 6 | 2008 | Mack | Tractor | 1M1AN0Y18N001285 | | ██PE2█ | 80,000 | Bl/Wh |
| 7 | 2009 | Freight | Tractor | 1FUJGBDRX9LAL9787 | | █PE3█ | 80,000 | Bl/Wh |
| 8 | 2004 | Mack | Tractor | 1M1AA1Y64N155730 | | ████AR█ | 80,000 | Bl/Wh |
| 9 | 2010 | Freight | Tractor | 1FUJGBBG3ASAT6987 | | ████1921 | 80,000 | Bl/Wh |

**Fred Fuller Oil Co, Inc.** — VEHICLE LISTING — 1/8/2014

Hudson Retail Delivery — US DOT 381743

| Vehicle # | Year | Make | Model | VIN Number | Plate # | GVW | Color |
|---|---|---|---|---|---|---|---|
| 11 | 1990 | Ford | Tank3k | 1FDXR82A31VA48314 | AB2037 | 33,000 | Blue |
| 17 | 2002 | Sterling | Tank 3k | 2FZAAKAK32AJ74507 | [blacked out] | 33,000 | Bl/Wh |
| 18 | 2010 | Frht. | Tank3k | 1FVACXBS9AHAR0388 | AF2968 | 33,000 | Bl/Wh |
| 20 | 2000 | Frht. | Tank 2k | 1PV6HFBA2YHG09801 | AB5609 | 33,000 | Bl/Wh |
| 21 | 2010 | Frht. | Tank3k | 1FVACXBS7AHAR0390 | AF2967 | 33,000 | BL/WT |
| 22 | 2011 | Frht. | Tank3k | 1FVACXBS9BDAV2331 | AE3576 | 33,000 | BL/WT |
| 23 | 2011 | Frht. | Tank3k | 1FVACXBSOBDAV2232 | AE3577 | 33,000 | BL/WH |
| 24 | 2004 | Sterling | Tank 3k | 2FZACOAK54AM86175 | AB2024 | 33,000 | Bl/Wh |
| 25 | 2004 | Sterling | Tank 3k | 2FZACOAK14AN03148 | AE5216 | 33,000 | Bl/Wh |
| 16 | 2005 | Sterling | Tank 3k | 2FZACGDC33AN91142 | [blacked out] | 33,000 | Bl/Wh |
| 32 | 2005 | Sterling | Tank 3k | 2FZACGDC5XAN9167Z | AE8791 | 33,000 | Blue |
| 33 | 2005 | Sterling | Tank 3k | 2FZACGDC35AU7476i | AE8793 | 33,000 | Blue |
| 35 | 2010 | Frht. | Tank3k | 1FVACXBS9AHAR0391 | AF2956 | 33,000 | BL/WT |
| 26 | 2005 | Sterling | Tank 3k | 2FZACGDC75AN91144 | AE7851 | 33,000 | Bl/Wh |
| 39 | 2006 | Sterling | Tank 3k | 2FZACODC96AV89591 | AD3693 | 33,000 | Bl/Wh |
| 44 | 1998 | Ford | Tank 3k | 1FDXN80F3WVA36436 | AE0365 | 33,000 | Blue |
| 45 | 1998 | Ford | Tank3k | 1FDXN80FIWVA36435 | AI0166 | 33,000 | Blue |
| 48 | 2002 | Sterling | Tank 3k | 2FZAAKAK6LAJ33562 | [blacked out] | 33,000 | Bl/Wh |
| 51 | 2002 | Sterling | Tank3k | 2FZAAKAK62AJ33546 | [blacked out] | 33,000 | Bl/Wh |
| 52 | 1999 | Ford | Tank 3k | 3FEXF8016XMA04041 | AB4483 | 33,000 | Bl/Wh |
| 54 | 2002 | Sterling | Tank 3k | 2FZAAKAK92AJ74785 | AB4618 | 33,000 | Bl/Wh |
| 57 | 2007 | Sterling | Tank3k | 2FZACGDC87AZ53887 | [blacked out] | 33,000 | Bl/Wh |
| 58 | 2007 | Sterling | Tank3k | 2FZACGDCX7AZ53888 | [blacked out] | 33,000 | Bl/Wh |
| 59 | 2010 | Frht. | Tank3k | 1FVACXBS0AHAR0389 | AF2966 | 33,000 | Bl/Wh |
| 61 | 2002 | WSTR | Tank32k | 2WLJIALAS62K18923T | AP2211 | 54,000 | BL/WH |
| 62 | 1991 | INTL | TANK3K | 1HTSDZ7N3MH320703 | AF4207 | 33,000 | BL/WH |
| 63 | 1998 | INTL | Tank3k | 1HTSDAANSWH565435 | AF4209 | 33,000 | BL/W |

**Fred Fuller Oil Co, Inc.** — VEHICLE LISTING — 1/8/2014

Hudson Service Department

| Vehicle # | Year | Make | Model | VIN Number | Plate # | GVW | Color | |
|---|---|---|---|---|---|---|---|---|
| S14 | 2003 | Chevy | 3500 | 1GBJG31UX31174079 | 1819707 | 7,300 | White | |
| S15 | 2006 | Chevy | Express | 1GCGG29V961209793 | 2373511 | 7,300 | White | |
| S18 | 2001 | Chevy | G3500 | 1GCHG39RX11201918 | 1818992 | 9,500 | White | |
| S19 | 2006 | Chevy | Express | 1GCGG25V571108502 | 2230002 | 7,300 | White | |
| S20 | 2006 | Chevy | Express | 1OCPG15X761261422 | 1185462 | 6,200 | White | |
| S22 | 2000 | Ford | E 250 Van | 1FTNE24W36DA13751 | 79864 | 8,600 | White | |
| S25 | 2000 | Ford | Cube Van | 1FDWE35F4YIIA12591 | 1311518 | 6,704 | White | DELIVERIES |
| S27 | 2008 | Chevy | Express | 1GCGG25C681187520 | 1185460 | 7,300 | White | |
| S28 | 2000 | Chevy | Box Van | 1GBJG31RXY1121773 | 617910 | 7,300 | White | DELIVERIES |
| S31 | 2001 | Chevy | Express | 1GBJG31R621245904 | 1760936 | 8,000 | White | |
| S32 | 2002 | Chevy | 3500 | 1GBHG31R021142833 | 612943 | 9,500 | White | |
| S35 | 2003 | Ford | ECONO | 1FTNE24L73HB44075 | 617910 | 7,300 | White | Haz-MAT |
| S36 | 2002 | Ford | VAN | 1GBJG31U031165097 | 1991082 | 12,000 | White | |
| S37 | 2007 | Ford | van | 1FTNE24W97DA40940 | 2754231 | 8,603 | White | |
| S42 | 2005 | Chevy | Express | 1GCGG25V231101052 | 2056300 | 7,300 | White | |
| S43 | 2008 | Ford | E250Van | 1FTNE24W28DA81945 | 2879563 | 8,600 | White | |
| S49 | 2001 | Chevy | 3500 | 1GBJG31R411230557 | 1236963 | 12,000 | White | |
| S50 | 2008 | Ford | E250 Van | 1FTNE24W04DA81961 | 2879562 | 8,640 | White | |
| S51 | 2007 | FORD | E250 Van | 1FTNE24W97DA29512 | 2729980 | 8,640 | White | |
| S53 | 2007 | Ford | E250 van | 1FTNE24W27DA49088 | 1257552 | 8,640 | White | |
| S54 | 2002 | Chevy | 3500 Box | 1GBHG31R82L128386 | 1462904 | 9,800 | White | |
| S59 | 2003 | Ford | E250 | 1FTNE24L03I1A32976 | 3210384 | 7,200 | White | off road |

**Fred Fuller Oil Co, Inc.** — VEHICLE LISTING — 1/8/2014

Milford Retail Delivery

| Vehicle # | Year | Make | Model | VIN Number | Plate # | GVW | Color |
|---|---|---|---|---|---|---|---|
| 10 | 2003 | Sterling | Tank 3k | 2FZACOAK93AK50028 | [blacked out] | 33,000 | Bl/Wh |
| 12 | 2002 | Sterling | Tank 3k | 2FZAAKAK32AJ74296 | [blacked out] | 33,000 | Bl/Wh |
| 29 | 2000 | Ford | Tank3k | 3FBXF73R5YMA02330 | [blacked out] | 33,000 | Bl/Wh |
| 49 | 2001 | Sterling | Tank 3k | 2FZAAKAKX1AJ33564 | [blacked out] | 33,000 | Bl/Wh |

**Fred Fuller Oil Co, Inc.** — VEHICLE LISTING — 1/8/2014

Laconia Administration

| Vehicle # | Year | Make | Model | VIN Number | Plate # | GVW | Color | |
|---|---|---|---|---|---|---|---|---|
| LS50 | 2000 | Ford | F150 FU | 1FTPX18L1YNA48538 | 1037062 | 5,515 | White | Bob White |
| LS16 | 2001 | Ford | F250 | 1FTNF20L21HB82437 | 1660018 | 8,800 | White | Buster Machacic |
| LS 6 | 2004 | Ford | F350 | 1FTSX31L94ED21083 | 1EAT | 9,900 | White | Fred Reed |
| LS 59 | 2005 | Ford | Sport Trac | 1FMZU77K75UB56639 | 1037061 | 5,840 | Blue | Kerry Mattson |

**Fred Fuller Oil Co, Inc.** — VEHICLE LISTING — 1/8/2014

Laconia Retail Delivery

| Vehicle # | Year | Make | Model | VIN Number | Plate # | GVW | Color | |
|---|---|---|---|---|---|---|---|---|
| | | | | US DOT 381743 | | | | |
| L14 | 2000 | Sterling | Tank 3k | 2FWW7WDA3YAF35971 | AB8315 | 33,000 | Bl/Wh | |
| L15 | 2002 | Sterling | Tank 3k | 2FZAAKAK12AJ74506 | AE5605 | 33,000 | Bl/Wh | |
| L-16 | 2004 | Sterling | Tank 3k | 2FZACGAK34AM86174 | AB2023 | 33,000 | Bl/Wh | |
| L27 | 2004 | Sterling | Tank 3k | 2FZACGDC84AN18451 | AB2035 | 33,000 | Bl/Wh | |
| L28 | 2002 | Sterling | Tank 3k | 2FZAAKAK12AJ74795 | AE5608 | 33,000 | Blue | |
| L30 | 2005 | Sterling | Tank 3k | 2FZACODC35AU74760 | AB8792 | 33,000 | Blue | |
| L31 | 2006 | Sterling | Tank 3k | 2FZACGDC26AV88593 | AD3511 | 33,000 | Bl/Wh | |
| L-34 | 2010 | Frht. | Tank 3k | 1FVACXBS7AHAR0387 | AF2965 | 33,000 | Bl/Wh | |
| L37 | 2005 | Sterling | Tank 3k | 2FZACGDC95AN91145 | AB7852 | 33,000 | Bl/Wh | |
| L-40 | 2011 | Frht. | Tank 3k | 1FVACXBS78DAV2350 | AD9008 | 33,000 | BL/WH | |
| L42 | 1998 | Ford | Tank 3k | FDXN80F5WVA26751 | AE0363 | 33,000 | Blue | |
| L43 | 1998 | Ford | Tank 3k | 1FDXN80F3WVA26750 | AE0364 | 33,000 | Blue | |
| L46 | 2002 | Sterling | Tank 3k | 2FZAAKAK32AJ33536 | AE4478 | 33,000 | Bl/Wh | |
| L47 | 2002 | Sterling | Tank 3k | 2FZAAKAK52AJ33537 | AE4484 | 33,000 | Bl/Wh | |
| L50 | 2002 | Sterling | Tank 3k | 2FZAAKAK82AJ33547 | AE4482 | 33,000 | Bl/Wh | |
| L53 | 2002 | Sterling | Tank 3k | 2FZAAKAK52AJ33560 | AE8381 | 33,000 | Bl/Wh | |
| L56 | 2007 | Sterling | Tank 3k | 2FZACGDC67A7X53886 | AF1526 | 33,000 | Bl/Wh | |
| L-60 | 1999 | Frht. | Tank45k | 1FVXJCB7XHA18853 | AF2210 | 54,000 | BL/WH | |
| L-64 | 1997 | INTL | Tank3k | 1HTSDAAN3VH450959 | AF4208 | 33,000 | Bl/Wh | |
| L-65 | 2003 | PTRB | Tank3k | 2NPNHD7XX3M809823 | AF2016 | 33,000 | Bl/Wh | |

**Fred Fuller Oil Co, Inc.** — VEHICLE LISTING — 1/8/2014

Laconia Service

| Vehicle # | Year | Make | Model | VIN Number | Plate # | GVW | Color | |
|---|---|---|---|---|---|---|---|---|
| LS10 | 1997 | Ford | E350 | 1FDKE37P7VHA75837 | 1760935 | 8,000 | White | DELIVERIES |
| LS11 | 1997 | Ford | F350 | 1FDKF36G9VHA89650 | 1372427 | 11,000 | White | plow bridgewater offroad |
| LS12 | 2008 | Chevy | Express | 1GCGG25C58I178744 | 1257551 | 7,300 | white | |
| LS21 | 2008 | Ford | E250 | 1FTNE24W08DA81958 | 2879565 | 8,600 | White | |
| LS23 | 2002 | Chevy | 3500 | 1GBHC031R52I146103 | 617920 | 9,500 | White | |
| LS26 | 2002 | Ford | E250 Van | 1FTNE24L62HA77709 | 617922 | 6,067 | White | |
| LS29 | 2007 | Ford | E350SD | 1FDWE35L97DA88304 | 3044812 | 11,500 | White | |
| LS40 | 2004 | Ford | Express | 1GCHG39P331202876 | 1818968 | 9,500 | White | |
| LS40 | 2004 | Ford | F250 | 1FTNE24L14HA89553 | 2391438 | 8,600 | White | |
| LS41 | 2008 | Ford | E350 | 1FDWE35L5YHA91050 | 1646040 | 10,000 | White | HAZ-MAT |
| LS46 | 2008 | Ford | E250 Van | 1FTNE24W78DA81942 | 2879564 | 8,600 | White | |
| LS55 | 1999 | Chevy | express | 1GBJG31R7X1110017 | 1420687 | 8,000 | White | |
| LS57 | 2002 | Chevy | G30 | 1GDHG31R42I152331 | 481590 | 8,000 | White | |
| LS 58 | 2005 | Ford | E250 Van | 1FTNS24L75HB14523 | 1257553 | 8,600 | White | o |

**Fred Fuller Oil Co, Inc.** — VEHICLE LISTING — 1/8/2014

Hudson Shop and Maintenance Vehicles

| Vehicle # | Year | Make | Model | VIN Number | Plate # | GVW | Color | |
|---|---|---|---|---|---|---|---|---|
| | 2001 | New Ho | Backhoe | 31027827 | CH21386 | 24,000 | YELLOW | Shop |
| S3 | 2000 | Chevy | Pickup | 1GBGC24RXYF485352 | 1257554 | 8,000 | White | Shop |
| S4 | 2001 | Chevy | G3500 | 3GBKC34F11M166492 | 617929 | 9,700 | White | Shop |
| S5 | 2002 | Chevy | Dump | 1GBHC39U92EJ78331 | FULOIL | 11,400 | White | Shop |
| LS 8 | 2000 | Ford | F-150 | 1FTPX18L3YNA48539 | 2949250 | 6,000 | Silver Grey | Off Road Milford plow |
| S9 | 2004 | Ford | Ranger | 1FTZR45E94TA15450 | 2056347 | 5,000 | White | John |
| S13 | 2002 | Ford | F250 | 1FTNF21L22EC18178 | 1819706 | 8,000 | White | Bob |
| S5 | 1996 | Ford | F800 | 1FDPF80C97Z4A16634 | 1391361 | 22,640 | White | Ramp truck/Shop |
| | 2003 | Chrysler | PT Cruiser | 3C4FY48B33T594090 | 2056348 | 4,070 | Blue | IT Division |
| | 2004 | Chrysler | PT Cruiser | 3C8FY78GY7YT286840 | 2303522 | 4,070 | White | Oren |
| Tr-66 | 2000 | INTL | DUMP | 1HTSDAAR5YH234828 | AF4468 | 33,000 | BL/WH | Shop |
| | 2010 | Ford | F-150 | 1FTFW1EV4AFA40020 | FULLER1 | 6,800 | Grey | Byron |
| | 2007 | Ford | Sport Trac | 1FMEU33867UB38441 | 2879641 | 6,107 | SILVER | Lenny |

| Fred Fuller Oil Co, Inc. | | | | VEHICLE LISTING | | | | 1/8/2014 | |
|---|---|---|---|---|---|---|---|---|---|
| Vehicle # | Year | Make | Model | VIN Number | | Plate # | GVW | Color | |
| Propane Division | | | | U S DOT   381743 | | | | | |
| P-7 | 2001 | Dodge | Ram P/U | 3B6MF36591M554855 | | 617934 | 6,365 | Bl/wh | Small Delivery Truck |
| P-70 | 2001 | Ford | F350SD | 1FDWF37S21ED33320 | | J097611 | 12,500 | bl/white | Small Delivery Truck |
| P-71 | 2013 | FRHT | M2106 | 1FVACXBS4BDAV2334 | | AF3319 | 33,000 | BL/WH | LACONIA |
| P-72 | 2005 | FRHT | M2106v | 1FVACXDC45HU11083 | | AF3321 | 33,000 | BL/WH | LACONIA |
| P-73 | 2011 | FRHT | M2106 | 1FVACXBS2BDAY2333 | | AF3320 | 33,000 | BL/WH | HUDSON |
| P-74 | 2000 | GMC | C6500 | 1GDJ7H1C9YJ528337 | | 5008781 | 25,940 | BL/WH | Crane Truck |
| P-75 | 2012 | FRHT | M2106 | 1FVACXBS0CHBD0062 | | AF5055 | 33,000 | BL/WH | HUDSON |
| P-76 | 2012 | FRHT | M2106 | 1FVACXBS6CHBD005 | | | 33,000 | BL/WH | HUDSON |

SCHEDULE B
Perfected Vehicles

| Count | Vehicle # | Year | Make | Model | VIN Number | Plate # | GVW | Color |
|---|---|---|---|---|---|---|---|---|
| 1 | P-71 | 2011 | FRHT | M2106 | 1FVACXBS4BDAV2334 | AF3319 | 33,000 | BLIWH |
| 2 | P-72 | 2005 | FRHT | M2106v | 1FVACXDC45HU 1 1083 | AF3321 | 33,000 | BLIWH |
| 3 | P-73 | 2011 | FRHT | M2106 | IFVACXBS2BDAV2333 | AF3320 | 33,000 | BLIWH |
| 4 | P-74 | 2000 | GMC | C6500 | IGDJ7HIC9YJ528337 | 3008781 | 25,940 | BLIWH |
| 5 | P-75 | 2012 | FRHT | M2106 | IFV ACXBSOCHBDOOO2 | AF5055 | 33,000 | BLIWH |
| 6 | P-76 | 2012 | FRHT | M2106 | IFV ACXBS6CHBD005 | | 33,000 | BLIWH |
| 7 | L14 | 2000 | Sterling | Tank3k | 2FWWJWDA3Y AF59171 | AB8315 | 33,000 | |
| 8 | LIS | 2002 | Sterling | Tank3k | 2FZAAKAKI2AJ74506 | AE5605 | 33,000 | Bl/Wh |
| 9 | L-16 | 2004 | Sterling | Tank3k | 2FZACGAK34AM86174 | AB2023 | 33,000 | Bl/wh |
| 10 | L27 | 2004 | Sterling | Tank3k | 2FZACGDC84AN18458 | AB2035 | 33,000 | BIIWh |
| 11 | L28 | 2002 | Sterling | Tank3k | 2FZAAKAKI2AJ74795 | AE5608 | 33,000 | Blue |
| 12 | L30 | 2005 | Sterling | Tank3k | 2FZACGDC35AU74760 | AE8792 | 33,000 | Blue |
| 13 | L31 | 2006 | Sterling | Tank3k | 2FZACGDC26A V89593 | AD5511 | 33,000 | BIIWh |
| 14 | L-34 | 2010 | Frht. | Tank3k | 1FVACXBS7 AHAR0387 | AF2965 | 33,000 | BIIWh |
| 15 | L37 | 2005 | Sterling | Tank3k | 2FZACGDC95AN91145 | AE7852 | 33,000 | Bl/Wh |
| 16 | L-40 | 2011 | Frht. | Tank3k | IFVACXBS7BDAV2330 | AD9008 | 33,000 | BL/WH |
| 17 | L46 | 2002 | Sterling | Tank3k | 2FZAAKAK32AJ33536 | AE4478 | 33,000 | Bl/Wh |
| 18 | L47 | 2002 | Sterling | Tank3k | 2FZAAKAK52AJ33S37 | AE4484 | 33,000 | Bl/Wh |
| 19 | LSO | 2002 | Sterling | Tank3k | 2FZAAKAK82AJ33547 | AE4482 | 33,000 | Bl/Wh |
| 20 | L53 | 2002 | Sterling | Tank3k | 2FZAAKAK52AJ33540 | "Q8:28t | 33,000 | Bl/Wh |
| 21 | L56 | 2007 | Sterling | Tank3k | 2FZACGDC67 AZ53886 | AFI526 | 33,000 | BIIWh |
| 22 | L-65 | 2003 | PTRB | Tank3k | 2NPNHD7XX3M809823 | AF2010 | 33,000 | Bl/Wh |
| 23 | T-I | 2007 | HEIL | Tank11 | 5HTAB433677K72237 | T190538 | | White |
| 24 | T-2 | 1989 | Fruehauf | Tank 10k | 1H4T04239KL029301 | TK2516 | | White |
| 25 | T-3 | 1989 | Fruehauf | Tank 10k | 1H4T04231LL003101 | T170832 | | White |
| 26 | T-4 | 2002 | Polar | Tank 12k | 1PMA2453525003129 | TR4043 | | Aluminum |
| 27 | T-5 | 2002 | Polar | Tank 12k | 1PMA2453525003130 | TR442 | | Aluminum |
| 28 | T-6 | 2009 | Eager | Lowbed | 112LBX3779L072580 | T268914 | | Black |
| 29 | T-7 | 2001 | Heil | Tank 12k | 5HTAB463817L65411 | T287617 | | Aluminum |
| 30 | T-8 | 2011 | MTC | Propane Tank | 1M9PTOX37BH35544 | T346086 | | White |
| 31 | 2 | 2013 | Freight | Tractor | 1FUJGLDR7DLFA4454 | | 80,000 | BL/WH |
| 32 | 3 | 2007 | Mack | Tractor | 1M1AJ07Y97N009337 | 6914AR | 80,000 | Bl/Wh |
| 33 | 4 | 2007 | Mack | Tractor | 1M1AJ07Y77N009336 | 6805AR | 80,000 | Bl/Wh |
| 34 | 5 | 2007 | Mack | Tractor | 1M1AJ07Y57N009335 | 8941AP | 80,000 | BVWh |
| 35 | 6 | 2008 | Mack | Tractor | 1M1ANO7Y18N001285 | 8073AR | 80,000 | Bl/Wh |
| 36 | 7 | 2009 | Freight | Tractor | 1FUJGEDRX9LAL9787 | AP1748 | 80,000 | Bl/Wh |
| 37 | 8 | 2004 | Mack | Tractor | 1M1AA18Y64N155730 | I832AR | 80,000 | BVWh |
| 38 | 9 | 2010 | Freight | Tractor | 1FUJGEBG3ASAT6967 | AP1921 | 80,000 | BL/WH |

{W4043847 2}

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 39 | 17 | 2002 | Sterling | Tank 3k | 2FZAAKAK32AJ74507 | | 33,000 | BVWh |
| 40 | 18 | 2010 | Frht. | Tank 3k | 1FVACXBS9AHAR0388 | AF2968 | 33,000 | Bl/Wh |
| 41 | 20 | 2000 | Frht. | Tank 3k | 1FV6HFBA2YHG09803 | AE5609 | 33,000 | BVWh |
| 42 | 21 | 2010 | Frht. | Tank 3k | 1FVACXBS7AHAR0390 | AF2967 | 33,000 | BL/WT |
| 43 | 22 | 2011 | Frht. | Tank 3k | 1FUACXBS9BDAV2331 | AF3576 | 33,000 | BL/WT |
| 44 | 23 | 2011 | Frht. | Tank 3k | 1FVACXBSOBDAV2332 | AF3577 | 33,000 | BL/WH |
| 45 | 24 | 2004 | Sterling | Tank 3k | 2FZACGAK54AM86175 | AB2024 | 33,000 | Bl/Wh |
| 46 | 25 | 2004 | Sterling | Tank 3k | 2FZACGAK14ANO3148 | AE5216 | 33,000 | Bl/Wh |
| 47 | 26 | 2005 | Sterling | Tank 3k | 2FZACGDC35AN91142 | AE8791 | 33,000 | Bl/Wh |
| 48 | 32 | 2005 | Sterling | Tank 3k | 2FAZCGDCXSAN91672 | | 33,000 | Blue |
| 49 | 33 | 2005 | Sterling | Tank 3k | 2FZACGDC55AU74761 | AE8793 | 33,000 | Blue |
| 50 | 35 | 2010 | Frht. | Tank 3k | 1FVACXBS9AHAR0391 | AF2964 | 33,000 | BL/WT |
| 51 | 36 | 2005 | Sterling | Tank 3k | 2FZACGDC75AN91144 | AE7851 | 33,000 | Bl/Wh |
| 52 | 39 | 2006 | Sterling | Tank 3k | 2FZACGDC96AV89591 | AD3693 | 33,000 | Bl/Wh |
| 53 | 48 | 2002 | Sterling | Tank 3k | 2FZAAKAK61AJ33562 | | 33,000 | Bl/Wh |
| 54 | 51 | 2002 | Sterling | Tank 3k | 2FZAAKAK62AJ33546 | AE4483 | 33,000 | Bl/Wh |
| 55 | 54 | 2002 | Sterling | Tank 3k | 2FZAAKAK92AJ74785 | | 33,000 | Bl/Wh |
| 56 | 57 | 2007 | Sterling | Tank 3k | 2FZACGDC87AZ53887 | AF2966 | 33,000 | Bl/Wh |
| 57 | 58 | 2007 | Sterling | Tank 3k | 2FZACGDCX7AZ53888 | AF2211 | 33,000 | Bl/Wh |
| 58 | 59 | 2010 | Frht. | | 1FVACXBSOAHAR0389 | AF4207 | 33,000 | Bl/Wh |
| 59 | 61 | 2002 | WSTR | Tank 52k | 2WLHALAS62KJ89737 | AF4209 | 54,000 | BL/WH |
| 60 | 10 | 2003 | Sterling | Tank 3k | 2FZACGAK93AK50028 | | 33,000 | Bl/Wh |
| 61 | 12 | 2002 | Sterling | Tank 3k | 2FZAAKAK32AJ74796 | AP1575 | 33,000 | Bl/Wh |
| 62 | 29 | 2000 | FORD | Tank 3k | 3FDXF75RSYMA02330 | AP1925 | 33,000 | Blue |
| 63 | 49 | 2001 | Sterling | Tank 3k | 2FZAAKAKX1AJ33564 | AP1576 | 33,000 | Bl/Wh |

{W4043847 2}

**EXHIBIT**

C-1

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Denis Robinson

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

  Denis Robinson
  Pierce Atwood LLP, 1 New Hampshire Ave #350
  Portsmouth, NH 03801

File Number: 140116848982
Date Filed: 1/16/2014 3:31:40 PM
William M. Gardner
Secretary of State

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Page    1 of 1

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (1a or 1b) - do not abbreviate or combine names

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Fred Fuller Oil & Propane, Co., Inc. | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 12 Tracy Lane | Hudson | NH | 03051 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | Corporation | New Hampshire | 140571 | ☐ None |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (2a or 2b) - do not abbreviate or combine names

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ None |

**3. SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Sprague Operating Resources, LLC | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 185 International Drive | Portsmouth | NH | 03801 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All vehicles and rolling stock of the Debtor, whether now existing or hereafter acquired, and all proceeds thereof.

| 5. ALTERNATE NAME DESIGNATION | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC |
|---|---|---|---|---|---|---|

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

8. OPTIONAL FILER REFERENCE DATA
19448-9564 (Rolling Stock)





**State of New Hampshire**
**Department of State**
William M. Gardner
**Liens Filing Search Results Report**
November 12, 2014

**Date Searched:** 11/12/2014 09:37 AM    **Search Criteria:** Filing Status: UnLapsed Only; Include
**Searched By:** 12376                                  Records: Exact Match; Org Name:
**Filing Chains:** 3                                       fredfulleroil
**Good Through Filing Date:** 11/07/2014 11:59 PM

**Filing Chain #:** 1                                    **Lapse Date:** 01/02/2019
**Original File #:** 140106840372                **Alt Filing Type:**

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 140106840372 | 1/2/2014 4:30 PM | UCC1 | 9 |

**Debtor(s):**

| | |
|---|---|
| Commercial: | FRED FULLER OIL & PROPANE CO., INC.<br>12 TRACY LANE<br>Hudson, NH 03051 |
| Commercial: | FRED FULLER OIL & PROPANE COMPANY<br>12 TRACY LANE<br>Hudson, NH 03051 |
| Commercial: | FRED FULLER OIL<br>12 TRACY LANE<br>Hudson, NH 03051 |
| Commercial: | FRED FULLER OIL & PROPANE CO<br>557 MAYHEW TURNPIKE, RTE 3A<br>Bristol, NH 03222 |
| Commercial: | FRED FULLER OIL & PROPANE CO<br>6 CRYSTAL AVENUE<br>Derry, NH 03038 |
| Commercial: | FRED FULLER OIL & PROPANE CO<br>700 MAST ROAD<br>Goffstown, NH 03045 |
| Commercial: | FRED FULLER OIL & PROPANE CO<br>64 PRIMROSE N DRIVE<br>Laconia, NH 03246 |
| Commercial: | FRED FULLER OIL & PROPANE CO, INC<br>419 NASHUA ROAD<br>Milford, NH 03055 |
| Commercial: | FRED FULLER OIL & PROPANE CO, INC<br>268 WHITTER HIGHWAY, RTE 25<br>Moultonboro, NH 03254 |
| Commercial: | FREF FULLER OIL & PROPANE CO, INC |

**Date Searched:** 11/12/2014 09:37 AM  **Search Criteria:** Filing Status: UnLapsed Only; Include
**Searched By:** 12376                                            Records: Exact Match; Org Name:
**Filing Chains:** 3                                              fredfulleroil

**Good Through Filing  Date:**  11/07/2014 11:59 PM

                                    77 PARK STREET
                                    Northfield, NH 03276

**Secured Parties:**

   Commercial:    CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
                  PO BOX 2576
                  Springfield, IL 62708

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 140114847332 | 1/13/2014 4:30 PM | Termination | 1 |

**Debtor(s):**

**Secured Parties:**

---

**Filing Chain #:**  2                                    **Lapse Date:**  02/13/2018
**Original File #:**  120215336823                         **Alt Filing Type:**

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 120215336823 | 2/13/2012 4:30 PM | Department of Revenue Administration - Initial | 2 |

**Debtor(s):**

   Commercial:    FRED FULLER OIL CO INC
                  12 TRACY LN
                  Hudson, NH 03051

**Secured Parties:**

   Commercial:    NH Department of Revenue
                  PO Box 454
                  Concord, NH 03302

   Commercial:    NH Department of Revenue
                  PO Box 454
                  Concord, NH 03302

---

**Filing Chain #:**  3                                    **Lapse Date:**  02/22/2015
**Original File #:**  20100003933B                         **Alt Filing Type:**  UCC

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 20100003933B | 2/22/2010 4:30 PM | UCC1 | 1 |

**Debtor(s):**

   Commercial:    Fred Fuller Oil Company, Inc.
                  55 Bay Street
                  Laconia, NH 03246

Lien Filing Search Results                                                  Page 2 of 3

| | | |
|---|---|---|
| **Date Searched:** | 11/12/2014 09:37 AM | **Search Criteria:** Filing Status: UnLapsed Only; Include |
| **Searched By:** | 12376 | Records: Exact Match; Org Name: |
| **Filing Chains:** | 3 | fredfulleroil |
| **Good Through Filing Date:** | 11/07/2014 11:59 PM | |

**Secured Parties:**

Commercial:    Windward Petroleum, Inc.
1064 Goffs Falls Road
Manchester, NH 03103

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -





# State of New Hampshire
# Department of State
William M. Gardner

## Liens Filing Search Results Report
November 12, 2014

**Date Searched:** 11/12/2014 09:23 AM
**Searched By:** 12376
**Filing Chains:** 5
**Good Through Filing Date:** 11/07/2014 11:59 PM

**Search Criteria:** Filing Status: UnLapsed Only; Include Records: Exact Match; Org Name: fredfulleroil&propanecoinc

---

**Filing Chain #:** 1
**Original File #:** 140106840372

**Lapse Date:** 01/02/2019
**Alt Filing Type:**

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 140106840372 | 1/2/2014 4:30 PM | UCC1 | 9 |

**Debtor(s):**

| | |
|---|---|
| Commercial: | FRED FULLER OIL & PROPANE CO., INC.<br>12 TRACY LANE<br>Hudson, NH 03051 |
| Commercial: | FRED FULLER OIL & PROPANE COMPANY<br>12 TRACY LANE<br>Hudson, NH 03051 |
| Commercial: | FRED FULLER OIL<br>12 TRACY LANE<br>Hudson, NH 03051 |
| Commercial: | FRED FULLER OIL & PROPANE CO<br>557 MAYHEW TURNPIKE, RTE 3A<br>Bristol, NH 03222 |
| Commercial: | FRED FULLER OIL & PROPANE CO<br>6 CRYSTAL AVENUE<br>Derry, NH 03038 |
| Commercial: | FRED FULLER OIL & PROPANE CO<br>700 MAST ROAD<br>Goffstown, NH 03045 |
| Commercial: | FRED FULLER OIL & PROPANE CO<br>64 PRIMROSE N DRIVE<br>Laconia, NH 03246 |
| Commercial: | FRED FULLER OIL & PROPANE CO, INC<br>419 NASHUA ROAD<br>Milford, NH 03055 |
| Commercial: | FRED FULLER OIL & PROPANE CO, INC<br>268 WHITTER HIGHWAY, RTE 25<br>Moultonboro, NH 03254 |
| Commercial: | FREF FULLER OIL & PROPANE CO, INC |

**Date Searched:** 11/12/2014 09:23 AM    **Search Criteria:** Filing Status: UnLapsed Only; Include
**Searched By:** 12376                                                Records: Exact Match; Org Name:
**Filing Chains:** 5                                                       fredfulleroil&propanecoinc

**Good Through Filing  Date:** 11/07/2014 11:59 PM

---

77 PARK STREET
Northfield, NH 03276

**Secured Parties:**

Commercial:    CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
PO BOX 2576
Springfield, IL 62708

| **File Number** | **Filing Date** | **Type** | **Page Count** |
|---|---|---|---|
| 140114847332 | 1/13/2014 4:30 PM | Termination | 1 |

**Debtor(s):**

**Secured Parties:**

---

**Filing Chain #:**   2                                  **Lapse Date:**  12/22/2016
**Original File #:**  111222298524                  **Alt Filing Type:**  UCC

| **File Number** | **Filing Date** | **Type** | **Page Count** |
|---|---|---|---|
| 111222298524 | 12/22/2011 3:51 PM | UCC1 | 1 |

**Debtor(s):**

Commercial:    Fred Fuller Oil & Propane Co., Inc.
12 Tracy Lane
Hudson, NH 03051

**Secured Parties:**

Commercial:    Sprague Operating Resources, LLC
2 International Drive, Ste. 200
Portsmouth, NH 03801

---

**Filing Chain #:**   3                                  **Lapse Date:**  12/10/2017
**Original File #:**  121210553510                  **Alt Filing Type:**  UCC

| **File Number** | **Filing Date** | **Type** | **Page Count** |
|---|---|---|---|
| 121210553510 | 12/10/2012 2:17 PM | UCC1 | 1 |

**Debtor(s):**

Commercial:    Fred Fuller Oil & Propane Co., Inc.
12 Tracy Lane
Hudson, NH 03051

**Secured Parties:**

Commercial:    Sprague Operating Resources, LLC
2 International Drive, Ste. 200
Portsmouth, NH 03801

**Date Searched:** 11/12/2014 09:23 AM  **Search Criteria:** Filing Status: UnLapsed Only; Include
**Searched By:** 12376                                        Records: Exact Match; Org Name:
**Filing Chains:** 5                                              fredfulleroil&propanecoinc

**Good Through Filing Date:** 11/07/2014 11:59 PM

---

**Filing Chain #:** 4                                **Lapse Date:** 12/14/2017
**Original File #:** 121217558235            **Alt Filing Type:**

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 121217558235 | 12/14/2012 4:30 PM | UCC1 | 3 |

**Debtor(s):**

Commercial:      FRED FULLER OIL & PROPANE CO., INC.
                 12 TRACY LANE
                 Hudson, NH 03051

**Secured Parties:**

Commercial:      RAYMOND C. GREEN FUNDING, LLC
                 111 HUNTINGTON AVENUE, SUITE 600
                 Boston, MA 02199

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 140124854252 | 1/23/2014 4:30 PM | Amendment (Collateral) - Delete | 8 |

**Debtor(s):**

**Secured Parties:**

---

**Filing Chain #:** 5                                **Lapse Date:** 01/15/2019
**Original File #:** 140115848982            **Alt Filing Type:** UCC

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 140115848982 | 1/15/2014 3:31 PM | UCC1 | 1 |

**Debtor(s):**

Commercial:      Fred Fuller Oil & Propane, Co., Inc.
                 12 Tracy Lane
                 Hudson, NH 03051

**Secured Parties:**

Commercial:      Sprague Operating Resources, LLC
                 185 International Drive
                 Portsmouth, NH 03801

---