UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:  CHAPTER 11

**FRED FULLER OIL & PROPANE CO., INC.,**  Case No. 14-12188-JMD

Debtor

**ORDER on
MOTION FOR EX PARTE ORDER ESTABLISHING EXPEDITED SALE PROCESS
DUE TO JUDICIALLY RECOGNIZED EXIGENT CIRCUMSTANCES**

Upon the Motion For Ex Parte Order Establishing Expedited Sale Process Due To Judicially Recognized Exigent Circumstances (the "Motion") and after having reviewed the record of this Case, including the pleadings filed and hearings held to date and having found therefrom good and sufficient cause, it is hereby ORDERED, ADJUDGED and DECREED that:

**A.** Except as otherwise defined herein, all words, terms and phrases defined in the Motion shall have and be given the same meaning when used herein.

**B.** Subject to the further terms hereof, the Motion shall be, and hereby is granted.

**C.** The Debtor shall serve a copy of this Order and the Timeline attached hereto as Exhibit A on the Mandatory Service Parties (as defined in the Motion) within 24 hours after its entry by this Court.

**D.** The Debtor and all other parties to the proposed Sale shall use their best efforts to comply with the Timeline set for the Sale Process.

**E.** Nothing is intended to mean, or shall be interpreted to mean or indicate that this Court will grant the Debtor the relief to be requested in the Sale Motion when it hears the Motion on or about that date.

**F.** The Debtor shall file its Statement of Financial Affairs and Schedules on or before November 21, 2014.

G. The Sale Hearing shall commence at 1:00 pm on November 24, 2014. The Debtor shall serve a notice of the hearing with the Sale Motion.

~~H.~~ This Order shall become effective on the date hereof.

DATED: November 18, 2014

/s/  J. Michael Deasy

J. Michael Deasy
U.S. Bankruptcy Judge

# EXHIBIT A
## SALE SCHEDULE

| date[3] | event |
|---|---|
| Nov. 18 | Debtor to file Motion for Order Establishing Sale Process and Schedule (the "Sale Process Order") |
| Nov. 20 | Debtor and Buyer to file Motion for Order Authorizing Sale of All or Substantially All of the Property of the Estate Pursuant to Code Section 363 with Asset Purchase Agreement (the "Sale Motion") |
| Nov. 23 (by 4:00 p.m. (EST)) | Objecting Parties to file Objections to Sale Process and Schedule Order or Sale Motion ("Objections" and the "Objection Date") |
| Nov. 24 | Sale Motion Hearing (the "Hearing") |

---

[3] All dates refer to 2014