UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re: CHAPTER 11

**FRED FULLER OIL & PROPANE CO., INC.**, Case No. 14-12188-JMD

Debtor

ORDER ON
APPLICATION TO EMPLOY WILLIAM S. GANNON AND
WILLIAM S. GANNON, PLLC AS GENERAL BANKRUPTCY COUNSEL
NUNC PRO TUNC TO THE PETITION DATE

Upon the Application for Authority to Retain General Bankruptcy Counsel to the Debtor, *nunc pro tunc* to the petition date (the "Application"), having heard the parties on the Motion, having reviewed the pleadings filed in this case to date and having found therefrom good and sufficient cause, it is hereby ORDERED, ADJUDGED AND DECREED that:

A. Except as otherwise defined herein, all words, terms and phrases used in the Motion shall have and be given the same meaning when used herein.

B. Fred Fuller Oil & Propane Co., Inc. is hereby authorized to retain William S. Gannon, Esq. and William S. Gannon, PLLC as General Bankruptcy Counsel, nunc pro tunc to the petition date.

C. Due to the delay mandated by FRBP 6003, this Order shall be effective as of the Petition Date.

Dated:  December 05, 2014        /s/  J. Michael Deasy
                                 J. Michael Deasy
                                 U.S. Bankruptcy Judge