UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

Fred Fuller Oil & Propane Co., Inc.

Chapter 11
Case No. 14-12188-JMD

**APPOINTMENT OF AN OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. § 1102(a), William K. Harrington, United States Trustee, hereby appoints the following creditors as members of the Official Committee of Unsecured Creditors for this case:

1. Mr. William H. Craig
   Tarantin Industries, Inc.
   86 Vanderveer Road
   Freehold, NH 07728
   Attn:  Mr. William H. Craig, CEO/CFO

2. J.A. Marino Automatic Heating Supply Co., Inc.
   80 Maple Street
   Manchester, NH  03103
   Attn: Mr. Joseph A. Marino, President

3. Sanel Auto Parts Co.
   129 Manchester Street
   P.O. Box 1254
   Concord, NH  03049
   Attn: Mr. George LeCours, Credit Manager

                                              WILLIAM K. HARRINGTON,
                                              UNITED STATES TRUSTEE

By:  /s/ Geraldine Karonis
      Geraldine Karonis
      Assistant U.S. Trustee
      Office of the United States Trustee
      1000 Elm Street, Suite 605
      (603) 666-7908

Dated: February 12, 2015             Bnh01853

CERTIFICATE OF SERVICE

      I hereby certify that on this February 12, 2015, I caused to be served a copy of the foregoing upon the following:

**Notice will be electronically mailed to counsel of record via CM/ECF:**

Holly Barcroft, Esq.
William S. Gannon, Esq.
Eleanor Wm. Dahar, Esq.
Steven J. Dutton, Esq.
Frank P. Spinella, Jr., Esq.
Michael T. McCormack, Esq.
Leslie H. Johnson, Esq.
Jeremy R. Fischer, Esq.
Benjamin E. Marcus, Esq.
Edmond J. Ford, Esq.
Richard K. McPartlin, Esq.
Christopher M. Candon, Esq.
James S. LaMontagne, Esq.
Lawrence M. Edelman, Esq.
Peter C.L. Roth, Esq.
Daniel W. Sklar, Esq.

    And by first class mail, postage prepaid, upon:

        Mr. William H. Craig
        Tarantin Industries, Inc.
        86 Vanderveer Road
        Freehold, NH 07728
        Attn:  Mr. William H. Craig, CEO/CFO

        J.A. Marino Automatic Heating Supply Co., Inc.
        80 Maple Street
        Manchester, NH  03103
        Attn: Mr. Joseph A. Marino, President

        Sanel Auto Parts Co.
        129 Manchester Street
        P.O. Box 1254
        Concord, NH  03049
        Attn: George LeCours, Credit Manager

                /s/ Geraldine Karonis
                Geraldine Karonis

Dated: February 12, 2015