UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:	CHAPTER 11

**FRED FULLER OIL & PROPANE CO., INC.,**	Case No. 14-12188-JMD

Debtor

## NOTICE OF HEARING

Please be advised that a hearing will be held in Courtroom 2, United States Bankruptcy Court for the District of New Hampshire, 1000 Elm Street, 11th Floor, Manchester NH 03103, on **April 21, 2015 at 2:00 p.m.** (the "Hearing"), at which the Court will consider the:

**APPLICATION FOR EMPLOYMENT AND RETENTION OF 401(K) AUDITOR** (the "Application").

Any and all objections to the Application must be filed with the Court and served upon the undersigned on or before **April 14, 2015** (the "Objection Date"). If no objection to the Application is filed on or before the objection date, or if any such objections are resolved in favor of the Debtor, the Court may grant the relief sought in the pleading without further notice or hearing.

Respectfully submitted,

DATED: March 13, 2015	/s/ William S. Gannon
William S. Gannon, BNH 01222

Counsel to:
**FRED FULLER OIL & PROPANE CO., INC.**

WILLIAM S. GANNON, PLLC
889 Elm Street, 4th Floor
Manchester, NH 03101
PH: (603) 621-0833

1

W:\Clients\FREDFULLER\BANKRUPTCY\DRAFTS\00054129.DOC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date I served the foregoing pleading on each person named below by causing it to be filed electronically via the CM/ECF filing system or mailed by first-class United States Mail, postage pre-paid, or in such other manner as may be indicated:

      All Persons on the attached Service List.

DATED:  March 13, 2015          /s/ Beth E. Venuti
                                                 Beth E. Venuti

**APPEARANCES SERVICE LIST**
**In Re: Fred Fuller Oil & Propane Co., Inc., Chapter 11, Case No. 14-12188**

Holly Barcroft – electronically via CM/ECF
Christopher M. Candon – electronically via CM/ECF
Eleanor Wm Dahar – electronically via CM/ECF
Leonard G. Deming, II – electronically via CM/ECF
Steven J. Dutton – electronically via CM/ECF
Lawrence M. Edelman – electronically via CM/ECF
Jeremy R. Fischer – electronically via CM/ECF
Edmond J. Ford – electronically via CM/ECF
Jay L. Hodes – electronically via CM/ECF
Leslie H. Johnson – electronically via CM/ECF
Geraldine Karonis – electronically via CM/ECF
James S. LaMontagne – electronically via CM/ECF
Benjamin E. Marcus – electronically via CM/ECF
Michael T. McCormack – electronically via CM/ECF
Richard K. McPartlin – electronically via CM/ECF
Office of the U.S. Trustee – electronically via CM/ECF
Edward D. Philpot, Jr. – electronically via CM/ECF
Peter C.L. Roth – electronically via CM/ECF
Daniel W. Sklar – electronically via CM/ECF
Frank P. Spinella, Jr. – electronically via CM/ECF

Daren R. Brinkman on behalf of Creditor Committee
  J.A. Marino Automatic Heating Supply Co., Inc.
Brinkman Portillo Ronk APC
4333 Park Terrace Drive, Suite 205
Westlake Village, CA 91359

CBIZ, Inc. – via email
JVarsalone@CBIZ.com

Normand Pinard
87 Riverview Park Road
Manchester, NH 03102

3