**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:                                                                                  Bk. No. 14-12188-MAF
                                                                                          Chapter 11
Fred Fuller Oil & Propane Co., Inc.,
        Debtor(s)

**ORDER OF THE COURT**

Hearing Date:           12/17/2018 01:00 pm

Nature of Proceeding:   **Doc# 1041 Motion by Chapter 11 Trustee for Order Authorizing Payment to Chapter 11 Administrative Claimants Filed by Trustee Harold B. Murphy**

Outcome of Hearing:  Trustee Harold B. Murphy shall file a revised proposed order on or before **December 20, 2018.**

IT IS SO ORDERED:

/s/  Michael A. Fagone     Dated:   12/17/2018
Michael A. Fagone
Bankruptcy Judge