# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:                                              Bk. No. 14-12188-MAF

Fred Fuller Oil & Propane Co., Inc.,            Chapter 11
        Debtor(s)

**ORDER OF THE COURT**

Hearing Date:            12/17/2018 01:00 pm

Nature of Proceeding:      **Doc# 1046 First Application for Compensation for Brinkman Portillo Ronk, APC, Creditor Comm. Aty, Period: 2/20/2015 to 11/16/2018, Fee: $209,006.25, Expenses: $7,353.85. Filed by Attorney Daren R. Brinkman**

Outcome of Hearing:       US Trustee shall file a proposed order.

                                     A continued hearing will be held on **January 29, 2019 @ 1:00 PM.**

IT IS SO ORDERED:

/s/ Michael A. Fagone      Dated: 12/17/2018
Michael A. Fagone
Bankruptcy Judge