**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In re:<br><br>**FRED FULLER OIL & PROPANE CO., INC.,**<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 14-12188-MAF** |

**ORDER REGARDING 11 U.S.C. § 503(b)(9) ADMINISTRATIVE EXPENSE CLAIM OF ENERGY KINETICS, INC.**

This matter having come before the Court on the administrative expense claim filed by Energy Kinetics, Inc. pursuant to 11 U.S.C. § 503(b)(9) in the amount of $31,452.68 at Claim No. 242-1 on the Court's Claims Register (the "Claim"); good and sufficient notice of the Claim and the hearing scheduled for December 17, 2018 at 1:00 p.m. (the "Hearing") having been provided; and the Hearing having been held and concluded; the Court having reviewed the Claim; and it appearing from the record before the Court and upon due deliberation that sufficient cause exists, the COURT HEREBY FINDS THAT:

A.  This Court has jurisdiction over the bankruptcy case pursuant to 28 U.S.C. §§ 1334(a) and 157(b)(1).  Venue of the bankruptcy case in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

B.  Notice of the Application was appropriate given the circumstances.

C.  Good and sufficient cause exists for the entry of this Order.

**NOW THEREFORE**, in consideration the foregoing findings and all of the evidence before the Court, it is **HEREBY ORDERED AND ADJUDGED AS FOLLOWS:**

1. The Claim shall be allowed as a claim under 11 U.S.C. § 503(b)(9) in the amount of $31,452.68.

BY THE COURT

/s/ Michael A. Fagone

Honorable Michael A. Fagone
United States Bankruptcy Judge

Dated: December 21, 2018