UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re

| | |
|---|---|
| Fred Fuller Oil & Propane Co., Inc. | Chapter 11 |
| Debtor | Case No. 14-12188-MAF |

### ORDER CONVERTING CASE TO CHAPTER 7

For good cause shown, and after notice and hearing, the Court grants the United States Trustee's Motion to Convert Case [Dkt. No. 1105]. This case is hereby converted to chapter 7 under 11 U.S.C. § 1112(b)(1).

The United States Trustee shall appoint a chapter 7 trustee without delay.

The chapter 7 trustee will, upon his entry of an appearance in the adversary proceeding currently styled Harold B. *Murphy, Chapter 11 Trustee v. William L. Fuller*, Adv. Proc. 17-1014 automatically be substituted for the chapter 11 trustee in that adversary proceeding without further Order of this Court.

Dated: February 13, 2019

_____
Michael A. Fagone
United States Bankruptcy Judge
District of New Hampshire (sitting by designation)