| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Fred Fuller Oil & Propane Co., Inc.**<br>Name | EIN | **02−0433137** |
| United States Bankruptcy Court | **District of New Hampshire Live Database** | Date case filed in chapter | **11 November 10, 2014** |
| Case number: | **14−12188−MAF** | Date case converted to chapter | **7 February 13, 2019** |

Official Form 309D (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case −− Proof of Claim Deadline Set   12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Fred Fuller Oil & Propane Co., Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 12 Tracy Lane<br>Hudson, NH 03051 | |
| 4. | **Debtor's attorney**<br>Name and address | William S. Gannon<br>William S. Gannon PLLC<br>889 Elm Street, 4th Floor<br>Manchester, NH 03101 | Contact phone (603) 621−0833<br>Email bgannon@gannonlawfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Harold B. Murphy<br>Murphy & King<br>One Beacon Street<br>21st Floor<br>Boston, MA 02108 | Contact phone 617−423−0400<br>Email hmurphy@murphyking.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 55 Pleasant Street<br>Room 200<br>Concord, NH 03301−3941 | Hours open: 8:30am−4:30pm<br>Contact phone 603−222−2600<br>Date: February 13, 2019 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 8, 2019 at 09:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**James C. Cleveland Federal Building, 53 Pleasant Street, Room 3124, Concord, NH 03301** |

*Please bring a valid photo ID and enter through the adjacent Warren B. Rudman Courthouse*

**For more information, see page 2 >**

Official Form 309D (For Corporations or Partnerships)  **Notice of Chapter 7 Bankruptcy Case −− Proof of Claim Deadline Set**   page 1

Debtor  **Fred Fuller Oil & Propane Co., Inc.**                                               Case number **14–12188–MAF**

| | | |
|---|---|---|
| 8. | **Deadlines** The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim (except governmental units):** Filing deadline: April 24, 2019 |
| | | **Deadline for governmental units to file a proof of claim:** Filing deadline: August 12, 2019 |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.nhb.uscourts.gov or www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |
| 11. | **Trustee** | The trustee named on the reverse side is the interim trustee appointed in this case by the U.S. Trustee to serve under the general blanket bond heretofore approved. |