## UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

---

In re:  Bk. No. 14–12188–MAF
       Chapter 7

Fred Fuller Oil & Propane Co., Inc.
    Debtor

---

### NOTICE UPON CONVERSION OF CASE UNDER
### CHAPTER 11 TO CASE UNDER CHAPTER 7

A prior order having been entered converting this case, you are notified that:

1. Notwithstanding any other notices creditors may have received prior to the conversion of the case and if creditors have not yet filed a proof of claim, **creditors are now required** to file a proof of claim regardless of whether the creditor's claim has been listed on the debtor's schedules.

2. You will receive a separate notice scheduling the section 341 meeting under the new chapter.

3. The **debtor in possession or the chapter 11 trustee shall**:

a. forthwith, turn over to the chapter 7 trustee all records and property of the estate under the debtor in possession's or the trustee's custody and control as required by Federal Rule of Bankruptcy Procedure 1019(4),

b. within 14 days of the date of this notice, file a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of each holder of a claim, as required by Federal Rule of Bankruptcy Procedure 1019(5)(A)(i), and

c. within 30 days of the date of this notice, file an accounting of all receipts and distributions made, as required by Federal Rule of Bankruptcy Procedure 1019(5)(A)(ii).

4. The **debtor shall** file:

a. within 14 days of the date of this notice, the statements and schedules required by Federal Rules of Bankruptcy Procedure 1019(1)(A) and 1007(c), if such documents have not already been filed,

b. within 30 days of the date of this notice, if the case was converted after the confirmation of a plan, a schedule of all property not listed in the final report and account which was acquired after the filing of the petition but before the conversion, as required by Federal Rule of Bankruptcy Procedure 1019(5)(C)(i),

c. within 30 days of the date of this notice, if the case was converted after the confirmation of a plan, a schedule of unpaid debts not listed in the final report and account which were incurred after confirmation but before the conversion, as required by Federal Rule of Bankruptcy Procedure 1019(5)(C)(ii),

d. within 30 days of the date of this notice, if the case was converted after the confirmation of a plan, a schedule of executory contracts entered into or assumed after the filing of the petition but before the conversion, as required by Federal Rule of Bankruptcy Procedure 1019(5)(C)(iii), and

e. within 30 days of the date of this notice, a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. § 521(a)(2)(A) and Federal Rule of Bankruptcy Procedure 1019(1)(B), and conforming to Official Form 108.

5. In accordance with Local Bankruptcy Rule 1019–1, hearings set prior to the conversion of this case are canceled.

**6. Within 30 days of the date of this notice, any professional seeking compensation under the prior chapter must file a fee application.**

7. Harold B. Murphy has been appointed chapter 7 trustee.

Date: February 13, 2019
Bonnie L. McAlary
Clerk of Court
By: /s/ C. Craig
Deputy Clerk

Form GTcnv11to7tmp–190