UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

FRED FULLER OIL & PROPANE CO., INC.,

Debtor

Chapter 11
Case No. 14-12188 - MAF

## ORDER (I) REGARDING FEE APPLICATION OF BRINKMAN PORTILLO RONK, APC AND (II) DENYING EX PARTE MOTION TO EXTEND

The Court conducted a telephonic status conference with the parties on April 16, 2019. Geraldine Karonis, Esq. appeared on behalf of the United States Trustee. Laura Portillo, Esq. appeared on behalf of Brinkman Portillo Ronk, APC, and Leonard G. Deming, Esq. appeared as local counsel to the Official Committee of Unsecured Creditors. As a result of that conference, the Court hereby orders the following:

1. The evidentiary hearing scheduled to begin at 1:00 p.m. on April 22, 2019, *see* Court's Order Regarding Fee Application of Brinkman Portillo Ronk, APC [Dkt. No. 1110] (the "Scheduling Order") at ¶ 3, is hereby changed to 9:00 a.m. on April 22, 2019. The location of the hearing remains unchanged.

2. The parties are ordered to file separate reports outlining legal and factual issues to be determined at the evidentiary hearing, rather than a joint report as indicated in the Scheduling Order. Each separate report may not exceed fifteen (15) pages in length. Notwithstanding the Scheduling Order, these reports must be filed on or before April 18, 2019.

- 2 -

3. The United States Trustee shall provide a copy of the e-mail from Ms. Lekas to Geraldine Karonis, Esq. to Brinkman Portillo Ronk before the close of business on April 16, 2019.

4. On or before April 18, 2019, the parties must exchange lists of: 1) witnesses that may be called to testify during the hearing on April 22, 2019; and 2) copies of all exhibits that may be offered in evidence at the hearing.

5. The United States Trustee's *Ex Parte* Motion to Extend Time to File Status Report [Dkt. No. 1136] is hereby denied.

Dated: April 17, 2019

Michael A. Fagone
United States Bankruptcy Judge
District of New Hampshire (sitting by designation)