# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>**FRED FULLER OIL & PROPANE CO., INC.,**<br><br>Debtor. | Chapter 7<br><br>Case No. 14-12188-MAF |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to MLBR 2091-1, Michael K. O'Neil, Esq. hereby withdraws his appearance as counsel to Harold B. Murphy, Chapter 7 Trustee (the "Trustee") in the above-captioned matter. Please note that the firm of Murphy & King, Professional Corporation will continue to represent the Trustee.

Respectfully submitted,

/s/ *Michael K. O'Neil*
Michael K. O'Neil (BBO #685025)

Dated: May 14, 2019
758079-v1

## CERTIFICATE OF SERVICE

I, Michael K. O'Neil, hereby certify that on Tuesday, May 14, 2019, I caused a copy of the foregoing *Notice of Withdrawal of Appearance* to be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Michael K. O'Neil*
Michael K. O'Neil